1  Lindon Andre Voglezon II

2  b⬛⬛⬛@gmail.com

3  ⬛⬛⬛⬛⬛⬛⬛

4  Simi Valley, California, ⬛⬛

5  ⬛⬛-9040

6  Plaintiff in Pro Per

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**
           **WESTERN DIVISION – LOS ANGELES**

10

11  Lindon Andre Voglezon II,          Case No.: SACV25-2407-FWS(ADSx)

12          Plaintiff,

13      vs.

14  CIG Financial, LLC, dba            **COMPLAINT FOR VIOLATIONS**

15  AUTONATION FINANCE                 **UNDER THE FAIR CREDIT**

16                                     **REPORTING ACT, 15 U.S.C. §**

17  VALENCIA B IMPORTS, INC., dba      **1681 ET SEQ.**

18  VALENCIA BMW, also known as

19  "AUTONATION BMW VALENCIA"          **DEMAND FOR JURY TRIAL**

20          Defendants.

21

22                  **JURISDICTION**

23  1.    This Court has jurisdiction pursuant to **28 U.S.C. § 1331** because this action

24  arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

25                  **VENUE**

26  2.    Venue is proper under 28 U.S.C. § 1391(b); for venue purposes Defendants

27  'reside' in this District under § 1391(c)(2) and (d).

28

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

3.     **DIVISION (Western – Los Angeles).** Assignment to the Western Division is proper because a substantial part of the events and omissions giving rise to the claims occurred in Los Angeles County and Ventura County, which are within the Western Division of the Central District of California. See 28 U.S.C. § 1391(b)(2); C.D. Cal. Gen. Order re: Assignment.

## PARTIES

4.     Plaintiff's name is Lindon Andre Voglezon II. Plaintiff resides at ■■■  ■■■■■■, Simi Valley, California, ■■■.

5.     Defendant **CIG Financial, LLC** ("CIG") is, on information and belief, a **limited liability company** with its principal office at 6 Executive Circle, Suite 100, Irvine, California 92614. CIG uses the name **"AutoNation Finance"** in connection with indirect automotive financing; Plaintiff pleads that name **in the alternative** pending discovery.

6.     Defendant **Valencia B Imports, Inc.,** doing business Valencia BMW (also known as "AutoNation BMW Valencia"), is a California Corporation with its principal office located at 23435 Valencia Boulevard, Valencia, California 91355; and conducted the acts alleged herein in this District. As used in this Complaint, "Valencia BMW" and "AutoNation BMW Valencia" refer to Valencia B Imports, Inc. and its employees/agents acting within the scope of their employment.

7.     **Doe Defendants.** Plaintiff is presently unaware of the true names and capacities of **Does 1–10**, including finance subsidiaries, platform providers, and individuals involved in obtaining or using Plaintiff's consumer reports. Plaintiff will amend to substitute true names and assert appropriate agency/alter-ego allegations when ascertained.

8.     **Names in the Alternative.** To the extent Defendants operate under trade names (including "AutoNation Finance") or through affiliated entities, Plaintiff pleads those names in the alternative.

## TIMELINESS / STATUTE OF LIMITATIONS

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

9.    **TIMELINESS (15 U.S.C. § 1681p).** Plaintiff's claims are timely under 15 U.S.C. § 1681p because they were filed within the earlier of (i) two years after discovery of the violations alleged herein—including the July 2025 unauthorized inquiries and related conduct—or (ii) five years after the dates of those violations.

## STATEMENT OF FACTS

10.    On or about July 10, 2025, Plaintiff received a written pre-approval from Navy Federal Credit Union ("NFCU") for an auto loan in the amount of $40,000 **(Exhibit A).** This pre-approval confirmed that Plaintiff had secured independent financing prior to visiting any dealership.

11.    For clarity, references in the exhibits and correspondence to "Valencia BMW" or "AutoNation BMW Valencia" refer to the same dealership operated by **Valencia B Imports, Inc.**; references to "AutoNation" denote the national brand referenced in some documents and communications.

12.    On **July 15, 2025,** Plaintiff visited Valencia BMW to purchase a 2023 Lexus ES 300h. Plaintiff **explicitly declined dealership financing** and informed Defendants he would use his NFCU pre-approval **(Exh. B).**

13.    On **July 15, 2025,** while seated at the sales desk, Plaintiff called Navy Federal Credit Union on speakerphone. **An NFCU representative expressly told** the Sales Manager Greg Poland, and Salesperson Trevor Carr that Plaintiff was pre-approved and that no credit check by the dealership was necessary. Plaintiff and witness Christian Wright heard this statement. Regardless of this notice, Defendants proceeded to obtain Plaintiff's consumer report. **(Exh. A; Exh. D; Exh. E; Exh. O; Exh. O-1).**

13A. On October 13, 2025, Navy Federal Credit Union **confirmed** to Plaintiff by phone that it maintains the July 15, 2025 speakerphone call in its database and will release the recording and/or notes upon receipt of a subpoena.

14.    Despite this, Defendants **caused hard inquiries** with Experian (July 15, 2025), Equifax (July 16, 2025), and TransUnion (July 17, 2025). **(Exh. B).**

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

15.     On July 19, 2025, Plaintiff received a credit denial letter from **Chevrolet Garden Grove**, another dealership, which listed his Experian FICO score as **678** at that time **(Exhibit Q)**. This denial letter is important because it establishes Plaintiff's **baseline credit score** prior to the adverse actions caused by Defendants (CIG Financial, LLC and Valencia B Imports, Inc.).

16.     On or about July 25–26, 2025, after discovering the unauthorized inquiry, Plaintiff contacted Valencia BMW (Valencia B Imports, Inc.) in writing and requested deletion of the inquiry. The dealership's Finance Director (**Gary Kazandjian**) responded and refused to remove the inquiry, admitting that it had been initiated by dealership sales staff without Plaintiff's approval **(Exhibit D)**.

17.     On July 30, 2025, Plaintiff executed a **Navy Federal Credit Union promissory note** and finalized the vehicle purchase exclusively through NFCU, confirming again that no financing was ever obtained or sought from Valencia BMW (Valencia B Imports, Inc.) or its affiliates **(Exhibit E)**.

18.     On August 1, 2025, Plaintiff received a credit denial letter directly from **Valencia B Imports, Inc.** (doing business as Valencia BMW), falsely suggesting that a credit application had been submitted in Plaintiff's name **(Exhibits C & P)**. This letter evidences that Defendants (CIG Financial, LLC and Valencia B Imports, Inc.) not only pulled Plaintiff's credit without permission, but also processed and transmitted a false credit application under his identity.

19.     On August 4, 2025, Plaintiff was notified by Experian that his credit score had **dropped by 18 points** following the unauthorized inquiry **(Exhibit F)**. This drop reduced Plaintiff's creditworthiness, harmed his reputation, and exposed him to higher costs of credit.

20.     On August 10, 2025, Plaintiff submitted a **formal written dispute to Experian** regarding the unauthorized inquiry by Valencia BMW, attaching supporting documents to show he had never authorized or applied for credit with Defendants (CIG Financial, LLC and Valencia B Imports, Inc.) **(Exhibit G)**.

21.     On August 13, 2025, Plaintiff received a voicemail from "Neil with AutoNation," acknowledging Plaintiff's concerns and offering to resolve them **(Exhibit K)**. This transcribed message confirms that Defendants were aware of Plaintiff's complaint, aware of their actions, and knew that their inquiry was unauthorized. That same day, Plaintiff filed complaints with the **BBB, FTC, and CFPB (Exhs. L–N)**.

22.     **August 26, 2025**, AutoNation Finance responded to the CFPB asserting it had a permissible purpose **(Exh. R)**. Plaintiff rebutted through the BBB **(Exhs. S, X, X-1)**, claiming a credit application was submitted by Valencia BMW. Plaintiff disputes this as it was obtained under coercion and false pretenses.

23.     On **August 29, 2025**, Plaintiff suffered multiple denials of credit opportunities as a direct result of Defendants' misconduct:
- SoFi loan denial (score 729, TransUnion) **(Exhibit T)**.
- Axos Bank denial ($20,000 loan, score 694, Experian) **(Exhibit U)**.
- Avant/WebBank denial (score 729, citing number of inquiries as adverse factor) **(Exhibit V)**.

Each cited inquiries and adverse history as factors.

24.     On **September 2, 2025**, Valencia BMW, General Manager Polo Lopez emailed Plaintiff in response to the BBB complaint **(Exh. W)**. Plaintiff also sent a **settlement demand letter (Exh. W-1)**.

25.     On **September 4, 2025**, the BBB closed the complaint as "Answered – consumer dissatisfied" **(Exhs. Y, X-1)**.

26.     On **September 5, 2025**, Plaintiff filed a formal complaint with the California **Department of Consumer Affairs (DCA) (Exh. Z)**.

27.     On **September 6, 2025**, Plaintiff received a **Rocket Loans denial**, citing inquiries and adverse factors, with an Equifax score of 696 **(Exh. Aa)**.

28.     In **August 2025**, Plaintiff was approved for an **American Express credit card at 28.74% APR**, nearly double the 14.7% APR on his NFCU loan. This demonstrates **increased cost of credit** due to Defendants' conduct **(Exh. Ab)**.

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

29.     Plaintiff has suffered financial damages (denials, higher APRs, lost opportunities), emotional distress, and reputational harm, as detailed in his **Schedule of Damages (Exh. J)** and **Declaration (Exh. O)**.

30.     Plaintiff's damages are presently calculated at **$65,470 (Exhibit J)** and are continuing.

31.     Plaintiff suffered **concrete harm** including a documented score drop, loan denials, higher pricing on new credit, time and expense, and emotional distress, traceable to Defendants' conduct and redressable by damages.

32.     All Exhibits **A through Ab** are attached (or incorporated by reference) and are part of this Complaint under Rule 10(c).

## CLAIM 1

(Violation of FCRA: Obtaining/Using a Consumer Report Without a Permissible Purpose)

(15 U.S.C. §§ 1681b(f), 1681n, 1681o)

33.     Plaintiff realleges and incorporates by reference paragraphs 1–32.

34.     On **July 15–17, 2025,** Defendants accessed Plaintiff's consumer reports, causing hard inquiries at **Experian (July 15), Equifax (July 16),** and **TransUnion (July 17),** despite Plaintiff's express declination of dealer financing and pre-existing NFCU financing **(Exh. A; Exh. B; Exh. E).**

35.     Plaintiff did not initiate any credit transaction with Defendants and expressly declined dealership financing before any credit pull. Plaintiff arrived with an existing Navy Federal Credit Union ("NFCU") **pre-approval on July 10, 2025** and then consummated the vehicle purchase entirely through NFCU on July 30, 2025 **(Exh. A; Exh. E).**

36.     Dealership staff represented the pull as required for **"identity verification"** or an **"option contract/backup approval,"** notwithstanding NFCU financing; Plaintiff and witness **Christian Wright** will testify that Plaintiff repeatedly declined dealer credit. **(Exh. O; Exh. O-1).**

37.     Percipient witnesses include Sales Manager **Greg Poland**, Salesperson **Trevor Carr**, and the **NFCU** call-center representative(s) who spoke on July 15, 2025 **on speakerphone.** Plaintiff is informed the NFCU call audio/log exists and is

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

subject to subpoena. Plaintiff pleads that any purported "application" was procured by coercion or misrepresentation, not consent, and demands preservation of all RouteOne/Dealertrack submissions, adverse-action notices, and internal communications. **(Exh. O; Exh. O-1).**

38.    Defendants' own statements show the true purpose of the pull was to secure a dealer-initiated "backup approval"/"option contract" and to pitch dealer financing—not any credit transaction initiated by Plaintiff with Defendants, and not identity verification **(Exh. Y; Exh. X-1; see also Finance Director emails refusing deletion while invoking an alleged "signed application," Exh. D).**

39.    Plaintiff never provided valid authorization for Defendants to submit or process a credit application; any purported paperwork was demanded under the dealership's "policy" that no vehicle leaves the lot without a credit check and/or framed as needed for "verification," i.e., obtained under coercive and false pretenses **(Exh. X-1; Exh. D).**

40.    **No Written Instructions; No Consumer-Initiated Transaction.** Defendants lacked a permissible purpose under 15 U.S.C. § 1681b(a) because Plaintiff neither;

- (a) provided "written instructions" authorizing any pull under § 1681b(a)(2), nor;
- (b) initiated with Defendants any "credit transaction" permitting a pull under § 1681b(a)(3)(A). Plaintiff arrived with outside financing through Navy Federal and expressly declined dealer financing before any credit pull.

41.    Plaintiff alleges lack of a statutorily authorized purpose; Defendants bear the burden to **prove any permissible purpose.**

42.    The unauthorized access itself constitutes a concrete privacy injury.

43.    Defendants acted with at least reckless disregard of the FCRA because, **before the pull, an NFCU representative informed Defendants** on a live

speakerphone call that Plaintiff was pre-approved and did not require a dealership

credit check.

44.    As a direct and proximate result, Plaintiff suffered **actual damages**,

including a documented **18-point Experian drop (8/4/25)**, **multiple denials** (SoFi,

Axos, Avant/WebBank, **Rocket Loans**), **higher credit pricing** (e.g., AmEx

**28.74% APR** vs. 14.79% auto APR), time, and emotional distress, as set forth in

the **Schedule of Damages** and **Declarations (Exh. J; Exh. O; Exh. Aa; Exh.**

**Ab).**

## CLAIM 2

(Violation of FCRA: Obtaining a Consumer Report Under False Pretenses)

(15 U.S.C. §§ 1681q, 1681n)

45.    Plaintiff realleges and incorporates by reference paragraphs 1–44.

46.    Defendants knowingly and willfully obtained Plaintiff's report(s) **under**

**false pretenses** by misrepresenting that a credit pull was required for **identity**

**verification** and/or an **"option contract/backup approval,"** even though Plaintiff

had **NFCU financing** and **refused** dealer financing. **(Exh. O; Exh. O-1).**

47.    Defendants' subsequent use of the score to pitch dealer financing and

issuance/causing issuance of a denial letter are inconsistent with a mere

verification purpose and corroborate a **sales/financing objective**.

48.    Defendants' BBB statements admit the **"option contract/backup**

**approval"** theory and invoke **"signed applications"**—documents Defendants

refused to produce to the BBB, while promising availability "if Plaintiff comes in,"

further evidencing control and willful conduct. **(Exh. X-1; Exh. Y).**

49.    Plaintiff is entitled to **statutory, actual, and punitive damages**, plus fees

and costs, under § 1681n.

50.    Defendants acted with at least **reckless disregard** of the FCRA's limits,

satisfying willfulness for § 1681n.

## CLAIM 3

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

(Violation of FCRA: Willful and/or Negligent Noncompliance)

(15 U.S.C. §§ 1681n, 1681o)

51.     Plaintiff realleges and incorporates by reference paragraphs 1–**50**.

52.     Defendants' conduct—including obtaining Plaintiff's consumer report without a permissible purpose, obtaining it under false pretenses, processing or causing to be processed an application and adverse-action letter without a valid application, and refusing to remedy the unauthorized inquiry—constitutes willful and/or negligent noncompliance with the FCRA.

53.     Willfulness is further supported by:

- (a) Defendants' actual notice that Plaintiff was pre-approved and would finance exclusively through NFCU (**Exh. A; Exh. E**);
- (b) the dealership's policy-driven pull for a "backup approval/option contract" after Plaintiff declined dealer financing (**Exh. Y; Exh. X-1**); and
- (c) Finance's refusal to request deletion while invoking a purported "signed application" obtained in the circumstances described (**Exh. D**).

54.     A determination that Defendants violated the Fair Credit Reporting Act as alleged herein, and entry of judgment awarding the relief below to the extent permitted by law.

55.     Defendants acted with at least reckless disregard of the FCRA because, **before the pull,** an **NFCU representative informed Defendants** on a live speakerphone call that Plaintiff was pre-approved and did not require a dealership credit check.

56.     As a direct and proximate result of Defendants' unauthorized access and related conduct, Plaintiff suffered **actual damages,** including but not limited to:

- (i) a documented 18-point score decrease (**Exh. F**);
- (ii) multiple loan denials from SoFi, Axos Bank, Avant/WebBank, and Rocket Loans (**Exhs. T, U, V, Aa**);

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

1    - (iii) higher cost of credit, including a new American Express account at

2        28.74% APR, demonstrating increased pricing after the unauthorized pull

3        **(Exh. Ab);**

4    - (iv) time, inconvenience, and emotional distress **(Exh. O); and**

5    - (v) the total financial impact set forth in Plaintiff's **Schedule of Damages**

6        **(not less than $65,470) (Exh. J).**

7    57.    Under § 1681n, Plaintiff seeks statutory damages, punitive damages, and

8    costs for willful noncompliance; under § 1681o, Plaintiff seeks actual damages and

9    costs for negligent noncompliance.

10                    **REQUEST FOR RELIEF**

11    WHEREFORE, the plaintiff requests,

12    58.    **Declaration** (to the extent permitted) that Defendants violated the Fair

13    Credit Reporting Act ("FCRA"), including **15 U.S.C. §§ 1681b** (no permissible

14    purpose) and **1681q** (false pretenses), and that such violations were **willful** and/or

15    **negligent** within the meaning of **15 U.S.C. §§ 1681n, 1681o**;

16    59.    **Actual damages** in an amount **not less than $65,470** (subject to proof at

17    trial) for financial loss, increased cost of credit, loan denials, time and out-of-

18    pocket expenses, and emotional distress, as authorized by **15 U.S.C. §§**

19    **1681n(a)(1)(A), 1681o(a)(1);**

20    60.    **Statutory damages** for willful violations under **15 U.S.C. §**

21    **1681n(a)(1)(A), up to $1,000 per willful violation,** as the Court deems proper;

22    61.    Punitive damages under 15 U.S.C. § 1681n(a)(2) **in an amount to be**

23    **determined at trial** sufficient to punish and deter.

24    62.    **Costs of suit** and, **if represented by counsel at or before judgment,**

25    **reasonable attorney's fees,** as permitted by **15 U.S.C. §§ 1681n(a)(3),**

26    **1681o(a)(2)** and **Fed. R. Civ. P. 54(d);**

27

28

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

(Complaint)

63.    **Post-judgment interest** at the federal rate pursuant to **28 U.S.C. § 1961** (and **pre-judgment interest** to the extent allowed), from the date of judgment until paid;

64.    **Equitable/ancillary relief within Defendants' control** to remediate continuing harm, including an order that Defendants:

- **(i)** request deletion of the July 15, 2025 Experian inquiry, the July 16, 2025 Equifax inquiry, and the July 17, 2025 TransUnion inquiry, and any resulting adverse entries, with Experian, Equifax, and TransUnion;

- **(ii)** retract/withdraw any "backup approval/option contract" credit submissions made in Plaintiff's name with any third-party finance platforms (including RouteOne or equivalent), and **(iii)** provide written confirmation of such requests/withdrawals to Plaintiff within 14 days;

65.    **To the extent the Court deems injunctive or declaratory relief unavailable under the FCRA,** entry of **alternative monetary and punitive relief** sufficient to compensate and deter, and the Court's retention of jurisdiction to enforce compliance with any deletion/withdrawal commitments made by Defendants in any judgment or settlement;

66.    **Such other and further relief** as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10/24/25

Sign: _Lindon Vogle_

Print Name: Lindon A. Voglezon II

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

**MASTER EXHIBIT LIST**

*Lindon Andre Voglezon II v. CIG Financial, LLC dba AutoNation Finance, and Valencia
B Imports, Inc. dba Valencia BMW*

Plaintiff submits the following exhibits in support of his Complaint:

1. **Exhibit A** – Navy Federal Credit Union Pre-Approval Notice (7/10/25).
   Confirms Plaintiff was pre-approved for an auto loan before visiting Valencia BMW.
2. **Exhibit B** – Screenshot of Hard Credit Inquiries (7/14/25).
   Shows inquiries by AutoNation on Experian, Equifax, and TransUnion.
3. **Exhibit C** – Auto Credit Denial Letter (8/1/25).
   Credit denial for a loan never applied for, issued by Valencia BMW.
4. **Exhibit D** – Email Communications with Valencia BMW (7/25–26/25).
   Includes Plaintiff's request for removal, refusal by Finance Director Gary Kazandjian,
   and acknowledgment inquiry was run by sales staff.
5. **Exhibit E** – Executed Promissory Note with Navy Federal (7/30/25).
   Confirms Plaintiff financed the vehicle entirely through NFCU, not AutoNation.
6. **Exhibit F** – Experian Credit Score Notification (8/4/25).
   Shows an 18-point drop in Plaintiff's credit score following the inquiry.
7. **Exhibit G** – Plaintiff's Dispute Letter to Experian (8/10/25).
   Formal dispute of unauthorized inquiry with supporting evidence.
8. **Exhibit H** – USAA Auto Policy Declarations Page (1/30/25).
   Shows Plaintiff's valid auto insurance coverage at time of purchase.
9. **Exhibit I** – Timeline of Events (Prepared by Plaintiff).
   Summarizes events from July 10 through August 10, 2025, including dealership visit,
   NFCU communications, refusal to remove inquiry, and score drop.
10. **Exhibit J** – Schedule of Damages (Prepared by Plaintiff).
    Itemizes damages totaling $65,970.
11. **Exhibit K** – AutoNation Voicemail Acknowledging Dispute (8/13/25).
    Transcript of voicemail from 'Neil with AutoNation' acknowledging Plaintiff's
    dispute.
12. **Exhibit L** – BBB Complaint Submission Confirmation (8/13/25).
    Confirms complaint submission to BBB (ID 23741778).
13. **Exhibit M** – FTC Complaint Submission Confirmation (8/13/25).
    Confirms Plaintiff's FTC filing (Report No. 191397899).
14. **Exhibit N** – CFPB Complaint Submission Confirmation (8/13/25).
    Confirms filings against AutoNation Finance and Valencia B Imports (IDs 250813-
    23147804, 250813-23148459).
15. **Exhibit O** – Declaration of Plaintiff in Support of Complaint (2025).
    Sworn declaration attesting to facts and supporting claims.

**MASTER EXHIBIT LIST**

16. **Exhibit O-1** – Declaration of Witness (Christian Wright) that confirms facts of the claim (2025).
17. **Exhibit P** – Notice Of Adverse Action, Valencia BMW (8/1/25).
    Duplicate denial record evidencing false credit application.
18. **Exhibit Q** – Notice Of Adverse Action, Chevrolet Garden Grove (7/19/25).
    Shows Experian FICO score of 678, establishes baseline score.
19. **Exhibit R** – CFPB Complaint Response from AutoNation Finance (8/26/25).
    Case No. 250813-23147804, AutoNation's defense letter.
20. **Exhibit S** – BBB Complaint Response and Plaintiff's Rebuttal (Aug. 2025).
    Shows AutoNation's admission of signed applications and Plaintiff's objection of coercion.
21. **Exhibit T** – SoFi Loan Denial (8/29/25).
    Denial letter citing adverse factors; credit score 729 (TransUnion).
22. **Exhibit U** – Axos Bank Loan Denial (8/29/25).
    Denial letter citing Experian score of 694; adverse credit factors tied to report.
23. **Exhibit V** – Avant/WebBank Loan Denial (8/29/25).
    Denial citing number of inquiries as adverse factor; credit score 729 (TransUnion).
24. **Exhibit W** – Email from Polo Lopez (9/2/25) acknowledging BBB complaint.
25. **Exhibit W-1** – Settlement Demand Letter (9/2/25).
26. **Exhibit X** – BBB AutoNation Response & Plaintiff's Rebuttal (Aug–Sep 2025).
27. **Exhibit X-1** – BBB Full Communication Log (Aug–Sep 2025).
28. **Exhibit Y** – BBB Final Closure Notice (9/4/25).
29. **Exhibit Z** – CA Dept. of Consumer Affairs Submission Confirmation (9/5/25)
30. **Exhibit Aa** – Rocket Loan Denial (9/6/25)
31. **Exhibit Ab** – American Express Credit Card Approval (Aug 2025).
    Approved at 28.74% APR, nearly double Plaintiff's 14.7% NFCU auto loan, showing increased cost of credit.

Plaintiff reserves the right to submit additional exhibits as discovery proceeds.

**MASTER EXHIBIT LIST**

7/26/25, 9:37 AM
Gmail – Congrats! Your Auto Loan Is Preapproved.

 **Gmail**

Lindon Voglezon <b⬛⬛⬛⬛@gmail.com>

## Congrats! Your Auto Loan Is Preapproved.
1 message

**Navy Federal Credit Union** <notice@email.navyfederal.org>          Thu, Jul 10, 2025 at 4:52 PM
To: b⬛⬛⬛⬛gmail.com

**Navy Federal Security Zone:**
Email for LINDON | Access XXXXXXXXXXX43

# Congrats! You're Preapproved for an Auto Loan

Excellent news! Your auto loan is preapproved. You can review your tentative Annual Percentage Rate (APR) when you get your loan documents. This APR could change if the type of vehicle you buy is different from the one on your application or the loan term(s) change(s).[1] We'll list your final APR and your monthly payment on your promissory note once you choose and buy your vehicle.

Depending on how you chose to receive your documents, we'll mail them with a check for your loan, or you can pick them up at a branch. If you chose branch pick-up, go to any Navy Federal branch and bring a valid ID.

If you're still looking for your next vehicle, check out the Navy Federal Car Buying Service, powered by TrueCar®,[2] to see up-front pricing on new and used cars.

Thanks for choosing Navy Federal for your auto loan.

### Our Members Are the Mission®

Contact Us | Security | Mobile Banking | Privacy Policy | View in Browser

Please do not reply to this email. This email is being sent from: Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000.

🏠 Equal Housing Lender | © 2025 Navy Federal Credit Union. All rights reserved. NFCU DNS 35357-A (2-24)

**Exhibit A – NFCU Pre-Approval Notice**

14

**Navy Federal is federally insured by NCUA.**

---

[1]Please refer to your loan packet for a list of the reasons your Annual Percentage Rate could change.

[2]TrueCar operates the Navy Federal Car Buying Service. Navy Federal is not responsible for any offer, purchase, lease, or service provided by or through the Navy Federal Car Buying Service.

**Exhibit A – NFCU Pre-Approval Notice**

15

usa.experian.com/mfe/support/unifiedalerts/all?filter=all

New Chrome available

1 of 3

## AUTONATION FINANCE/DS got a copy of your Experian Credit Report.

JUL 15, 2025

AUTONATION FINANCE/DS recently checked your Experian credit file for an installment loan or new bank account. When you apply for certain types of credit, a hard inquiry is placed on your credit file and stays on your report for about 2 years.

**Source:**
Experian

**Company:**
AUTONATION FINANCE/DS

**Address:**
6 Executive Cir Ste 100, Irvine, CA 92614-6732

**Phone:**
(949) 250-7102

**WHAT NOW?**

If you are finished applying for new credit, we recommend locking your credit file to prevent unauthorized access. With Experian CreditLock, you can always unlock at the click of a button.

Lock Your Credit File

Not you? ∨

**Exhibit B – Screenshot of Hard Credit Inquiries**

16

usa.experian.com/mfe/support/unifiedalerts/all?filter=all



AUTONATION FINANCE got a copy of your Equifax Credit Report.

JUL 16, 2025

AUTONATION FINANCE made a Inquiry by checking your Equifax Credit Report.

**Source:**
Equifax

**Company:**
AUTONATION FINANCE

**Address:**
6 Executive Circle, Irvine, CA 92614

**NOT YOU?**

If anything is incorrect, please dispute with Equifax®.

**Why am I receiving this?**

You are receiving this alert because your membership includes 3-bureau credit monitoring & alerts. We'll notify you of any changes to your Experian, Equifax and TransUnion credit files. Changes could affect your score, score rating and ability to receive and use credit.

**Check out your credit overview**

**Exhibit B – Screenshot of Hard Credit Inquiries**

17



usa.experian.com/mfe/support/unifiedalerts/all?filter=all

**ADPAUTONATION got a copy of your TransUnion Credit Report.**

JUL 17, 2025

ADPAUTONATION made a Inquiry by checking your TransUnion Credit Report.

**Source:**
TransUnion

**Company:**
ADPAUTONATION

**Address:**
24030 Creekside Rd, Valencia, CA 91355

**NOT YOU?**

If anything is incorrect, please dispute with TransUnion®.

**Why am I receiving this?**

You are receiving this alert because your membership includes Experian credit monitoring & alerts. We'll notify you of any changes to your Experian credit file. Changes could affect your score, score rating and ability to receive and use credit.

**Check out your credit overview**

3 of 3

**Exhibit B – Screenshot of Hard Credit Inquiries**

18



P.O. BOX 26150
RICHMOND, VA 23260

# TRUIST ⊞

Date: 08/01/2025
Application Number: ●●●5822

8831
LINDON   VOGLEZON

SIMI VALLEY,  CA

### Retail Statement of Credit Denial, Termination or Change

Recently, a credit application was submitted to us on your behalf by VALENCIA B IMPORTS INC.
We regret that we are unable to approve your request.

Your application was processed by a credit scoring system that assigns a numerical value to the various items of information we consider in evaluating an application. These numerical values are based upon the results of analyses of repayment histories of large numbers of customers. The information you provided in your application did not score a sufficient number of points for approval of the application. The reasons why you did not score well compared to other applications were:

    MISSING REVOLVING TRADES OR HIGH NUMBER OF REVOLVERS W/ HIGH BALANCES
    LIMITED INSUFFICIENT OR NO CREDIT HISTORY
    PROPORTION OF BALS TO CRED LIMITS TOO HIGH ON BANK REV OR OTHER REV ACCTS
    LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED

In evaluating your application, the consumer reporting agency listed below provided us with information that in whole or in part influenced our decision. The consumer reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. It can be obtained by contacting: TRANSUNION, 2 BALDWIN PLACE, P. O. BOX 1000, CHESTER, PA 19022, (800)888-4213.

You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

We also obtained your credit score from this consumer reporting agency and used it in making our decision. Your credit score is a number that reflects the information on your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

    Score ranges from a low of 250 to a high of 900

    Your credit score: 721

    Date: 07/15/2025

    Key factors that adversely affected your credit score:

        LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
        PROPORTION OF BAL TO CREDIT LIMITS ON BANK REV OR OTHER REV ACCOUNTS IS TOO HIGH
        PROPORTION OF LOAN BALANCES TO LOAN AMOUNTS IS TOO HIGH
        TOO MANY ACCOUNTS WITH BALANCES
        THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE.

Should you have any questions regarding this notice, please contact us at the address listed above.

Sincerely,

TRUIST DEALER FINANCIAL SERVICES

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age, (provided that the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this creditor is: Bureau of Consumer Financial Protection, 1700 G Street NW , Washington DC 20552.

DC residents only: Please be aware that you may have the right to provide a written statement to credit reporting agencies or lenders with your good faith explanation of how you experienced financial hardship as a result of action or inaction by you caused by a declared public health emergency.

**Exhibit C – Auto Credit Denial Letter**

10/21/25, 1:44 PM                                 Gmail - Formal Request for Credit Inquiry Removal – FCRA Violation

 **Gmail**                                              Lindon Voglezon <b⬛⬛⬛@gmail.com>

---

# Formal Request for Credit Inquiry Removal – FCRA Violation
6 messages

---

**Lindon Voglezon** <b⬛⬛⬛@gmail.com>                                   Fri, Jul 25, 2025 at 3:34 PM
To: KazandjianG@autonation.com
Cc: PolandG@autonation.com, ahmadiei@autonation.com

> **Dear Mr. Kazandjian,**
>
> I'm writing to formally request that your dealership submit credit inquiry removal requests to **Experian, Equifax, and TransUnion** for inquiries made on or around **July 14, 2025** in connection with my recent purchase of a **2023 Lexus ES 300h.**
>
> I arrived at the dealership already having a **pre-approval through Navy Federal Credit Union**, which I clearly stated multiple times to both **Sales Manager Greg Poland** and **Salesperson Trevor Carr**. Despite explicitly informing them that I did **not wish to use AutoNation financing**, and despite a **live call with Navy Federal** (on speakerphone), I was told that AutoNation "must" run my credit — even though no credit was being extended by your dealership.
>
> I was misled and pressured into allowing a hard inquiry that I made clear was unnecessary and unwanted. **I did not use AutoNation for financing.** I paid with my Navy Federal pre-approval check, as planned. The check was originally submitted, then re-submitted on **July 23, 2025** to **Eddie Ahmadie**, due to scan issues. Per my recent conversation with **Experian (Bre, Case #: 159868057),** I am requesting a **Letter of Deletion** on your dealership's letterhead confirming that:
>
> - **I did not obtain credit through AutoNation**
> - The credit inquiry was made in error or under a misunderstanding
> - You support the deletion of the inquiry from my credit reports
>
> This is necessary so that I may formally request removal through the credit bureaus.
>
> Per the **Fair Credit Reporting Act (FCRA, 15 U.S.C. § 1681b)**, a company must have a **permissible purpose** and **clear consumer authorization** to run a hard inquiry. Since no credit was extended, and I explicitly declined authorization for AutoNation financing, the inquiry lacks valid legal justification.
>
> I would appreciate confirmation that:
>
> 1. You will issue a letter of deletion; or
> 2. You will submit removal requests directly to the bureaus.
>
> If this cannot be resolved within **7 business days**, I will proceed with formal disputes to **Experian, Equifax, TransUnion**, and file complaints with the **CFPB, FTC, BBB**, and the **California Attorney General's Office** for FCRA violations and resulting damages.
>
> Thank you for your attention and your cooperation in resolving this matter professionally.
>
> Sincerely,
> **Lindon Andre Voglezon II**
> Phone: ⬛⬛⬛-9040
> Email address: b⬛⬛⬛@gmail.com (preferred)

---

**Kazandjian, Gary** <KazandjianG@autonation.com>                       Fri, Jul 25, 2025 at 3:52 PM
To: Lindon Voglezon <biiigdre89@gmail.com>
Cc: "Poland, Gregory" <polandg@autonation.com>, "Ahmadie, Imad" <ahmadiei@autonation.com>

**Exhibit D - Emails with dealership management**                                                    *20*

As I told you over the phone in our store Finance does not run credit. The Sales Manager on your deal ran your credit with your signed Credit Application attached. Because you signed the credit application with the intent to purchase a vehicle I don't think we can help remove the inquiry. I am sorry we could not help you any further regarding this matter.


Thank you


Gary Kazandjian

Finance Director

VALENCIA BMW

661.288.7104


**From:** Lindon Voglezon <b██████@gmail.com>
**Sent:** Friday, July 25, 2025 3:35 PM
**To:** Kazandjian, Gary <KazandjianG@autonation.com>
**Cc:** Poland, Gregory <PolandG@autonation.com>; Ahmadie, Imad <ahmadiel@autonation.com>
**Subject:** Formal Request for Credit Inquiry Removal – FCRA Violation


Some people who received this message don't often get email from b██████@gmail.com. Learn why this is important

[Quoted text hidden]
CONFIDENTIAL: This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you

 **193438CREDIT APPLICATION.pdf**
420K


**Kazandjian, Gary** <KazandjianG@autonation.com> Fri, Jul 25, 2025 at 6:11 PM
To: Lindon Voglezon <b██████@gmail.com>
Cc: "Poland, Gregory" <polandg@autonation.com>, "Ahmadie, Imad" <ahmadiei@autonation.com>


Attached is a copy of the Authorization to run credit, in order to purchase a vehicle. I am sorry but there is nothing we can do. Proper protocol was followed throughout your deal. This does not disqualify you from disputing the credit inquiry, which is your right to do so.


Thank you


Gary Kazandjian

Finance Director

VALENCIA BMW

**Exhibit D - Emails with dealership management**

21

661.288.7104

**From:** Lindon Voglezon <b@gmail.com>
**Sent:** Friday, July 25, 2025 3:35 PM
**To:** Kazandjian, Gary <KazandjianG@autonation.com>
**Cc:** Poland, Gregory <PolandG@autonation.com>; Ahmadie, Imad <ahmadiei@autonation.com>
**Subject:** Formal Request for Credit Inquiry Removal – FCRA Violation

Some people who received this message don't often get email from b██████@gmail.com. Learn why this is important

**Dear Mr. Kazandjian,**

[Quoted text hidden]
CONFIDENTIAL: This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you

📄 **193438CREDIT APPLICATION.pdf**
420K

---

**Lindon Voglezon** <b██████@gmail.com>                    Sat, Jul 26, 2025 at 11:00 AM
To: "Kazandjian, Gary" <KazandjianG@autonation.com>
Cc: "Poland, Gregory" <polandg@autonation.com>, "Ahmadie, Imad" <ahmadiei@autonation.com>

Dear Mr. Kazandjian,

Thank you for your response. However, I just spoke with Navy Federal Credit Union and was informed that your dealership has not yet scanned or submitted the check I personally delivered on Wednesday, July 23rd to Finance Manager Eddie Ahmadie.

This delay is now preventing finalization of my auto loan and issuance of the promissory note, which is required by Navy Federal to officially complete the loan process.

As previously stated, the vehicle was financed through my pre-approved Navy Federal loan, not via AutoNation financing. I made this explicitly clear during the transaction and followed through by submitting the check as directed.

To ensure proper resolution, I respectfully request that your team:

· Immediately scan and submit the loan check to Navy Federal

· Confirm in writing once it has been processed

This delay not only affects my ability to finalize my financing, but also delays my ability to resolve the credit inquiry dispute tied to this transaction.

Thank you in advance for your cooperation and timely attention to this matter. I look forward to receiving confirmation today that this has been resolved.

Sincerely,                    **Exhibit D - Emails with dealership management**                    22

Lindon Andre Voglezon II

[Quoted text hidden]

---

**Kazandjian, Gary** <KazandjianG@autonation.com>                    Sat, Jul 26, 2025 at 11:16 AM
To: Lindon Voglezon <b▮▮▮▮@gmail.com>
Cc: "Poland, Gregory" <polandg@autonation.com>, "Ahmadie, Imad" <ahmadiei@autonation.com>

It was processed yesterday.  The clearing house we use will present it to Navy Federal within a few Business days.

[Quoted text hidden]
[Quoted text hidden]

---

**Lindon Voglezon** <b▮▮▮▮@gmail.com>                    Sat, Jul 26, 2025 at 11:20 AM
To: "Kazandjian, Gary" <KazandjianG@autonation.com>
Cc: "Poland, Gregory" <polandg@autonation.com>, "Ahmadie, Imad" <ahmadiei@autonation.com>

Great. Thank you
[Quoted text hidden]

**Exhibit D - Emails with dealership management**

23

Member's Copy

# NAVY FEDERAL Credit Union

## ePromissory Note, Security Agreement, and Disclosure

This document includes a Promissory Note, a Security Agreement, and a Truth-in-Lending Disclosure. Please read everything carefully. There are additional terms and conditions on the following page(s). You are bound by those terms and conditions as well as those on this page. Navy Federal Credit Union is identified in this document as "Navy Federal," and the Borrower (Member) will be identified as "Borrower." **Do not alter this document.** Notify us if a change is necessary. Verify all completed spaces.

2025191192370

**Borrower's Name and Address**
Lindon A Voglezon
XXXXXXXX
SIMI VALLEY, CA. XXX

Date *(MM/DD/YY)*
07/30/2025

Loan No.
XXXXXXX



| Old Loan Balance(s) *(if any)* | | Interest and Other Fees on Old Loan Balance(s) | | Cash to Borrower | | Amount Financed |
|---|---|---|---|---|---|---|
| $ 0.00 | + | $ 0.00 | + | $ 36,045.24 | = | $   36,045.24 |

Purpose of Loan
USED VEHICLE

Check/Draft – Office Use Only
0220463137

**Truth-in-Lending Disclosure**

| | |
|---|---|
| **Annual Percentage Rate (APR)** The cost of your credit as a yearly rate | 14.79 % |
| **Amount Financed** $ 36,045.24 The amount of credit provided to you or on your behalf | |

| | |
|---|---|
| **Finance Charge** $ 15,519.76 The dollar amount the credit will cost you | |
| **Total of Payments** $51,565.00 The amount you will have paid after you have made all payments as scheduled | |

**Your Payment Schedule will be:**

| Number of Payments | Amount of Payments | | When Payments Are Due |
|---|---|---|---|
| 59 | $ 859.43 | Monthly, Beginning | 09/16/2025 |
| 1 | $ 858.63 | Final Payment | 08/16/2030 |

**Security:** You are pledging a security interest in the collateral described below:

| Make and Year | Collateral Description | Serial Number |
|---|---|---|
| 2023 LEXUS | ES | XXXXXXX |

**Other:** Shares and dividends in accordance with Section 107(11) of the Federal Credit Union Act

**Prepayment:** If you pay off early, you will not have to pay a penalty. You must pay all accrued unpaid interest and other charges and fees due before a payment is applied to the loan's principal balance.

**Payment Application:** Payments are applied first to accrued interest, then to principal.

**Late Payment:** You will be charged a $29.00 late fee for every month in which any amount due is not received by the payment due date. An assessed late fee is added to the principal balance of the loan if the past due amount, regular monthly payment, and late fee is not paid by the statement due date. Once added to the principal, interest will accrue on the fee. See the following pages for information concerning nonpayment and default.

| | |
|---|---|
| **Guaranteed Asset Protection Fee** $  499.00 | **Guaranteed Asset Protection Plan** USED VEHICLE |

The total amount of fees you will pay if voluntary Guaranteed Asset Protection was selected. When the Guaranteed Asset Protection fee is added to the amount financed, it will accrue interest, which increases the cost.

**Borrower Selecting Coverage**
I understand that I can cancel Guaranteed Asset Protection within 60 days by contacting Navy Federal Credit Union.

▶  LV
Initials

---

**Exhibit E – Executed Promissory Note with Navy Federal**

1 of 4

24

Pursuant to your state's enactment of either the Uniform Electronic Transactions Act, the Electronic Commerce Security Act (IL), the Washington Electronic Authentication Act, or the Electronic Signatures and Records Act (NY), the electronic signature is binding and enforceable in accordance with state law and may not be denied legal effect.

© 2023 Navy Federal NFCU 23E GAP (2-23)

Member Copy

**Returned Loan Payment Fee:** You will be charged a $29.00 fee to your savings account if your payment is returned unpaid.

I certify that all information provided by me is true and complete (Section 1014, Title 18, U.S. Code makes it a federal crime to knowingly make a false statement or report in the application for the purpose of influencing a Federal Credit Union), and I agree to the conditions set forth on this page.

By typing your name and clicking on the "Accept and Submit" button, you are creating an electronic signature and delivering your signed ePromissory Note. From that point on, the ePromissory Note will show your typed name whenever it is displayed. If you choose not to submit the ePromissory Note, you can click on the "I Decline to Sign Electronically" button. **Please Note:** Your electronic signature is not effective until you click on the "Accept and Submit" button and the ePromissory Note is delivered. Once submitted, your electronic signature will be just as enforceable as a handwritten signature.

By electronically signing, you expressly agree that this ePromissory Note is a transferable record and that Navy Federal may, at our option, convert this ePromissory Note and your electronic signature into a paper original. You further agree to be bound by your signature whether it remains in electronic form or is reduced to paper.

By clicking "Accept and Submit," I understand and agree to be bound by the terms and conditions set forth in the ePromissory Note, Security Agreement and Disclosure, and Truth-in-Lending Disclosure.

| | |
|---|---|
| **Borrower (Member)** ▶ | Lindon A Voglezon electronically signed on 2025-07-30 at 13:42 (Seal) |

Notice: See below for additional disclosures and Security Agreement.

**Promise to Pay** – "The Borrower(s)" jointly and severally, waiving rights of demand and notice, hereby promise(s) to pay to the order of Navy Federal the amount shown in the Truth-in-Lending Disclosure on the reverse, with interest on the unpaid balance at the **Annual Percentage Rate (APR)** as shown in the payment schedule. Interest is charged on a daily basis from the date of the Promissory Note. APR does not reflect the effect of deposits required to secure this loan.

**Consumer Credit Report** – I authorize and understand Navy Federal may obtain a consumer credit report to consider me for other products and services with Navy Federal.

**Agreement Acknowledgment** – Borrower acknowledges receipt of a completed copy of this instrument and Disclosure statement prior to consummation of this loan. This agreement is entered into and shall be governed in all respects by federal law and, when necessary, the laws of the State of Virginia.

**Statutory Lien** – I acknowledge and pledge to Navy Federal a statutory lien in my shares and dividends on deposit in all joint and individual accounts and any monies held by Navy Federal now and in the future, to the extent of the loan made and any charges payable. The statutory lien does not apply to shares in any Individual Retirement Account. I acknowledge and pledge to Navy Federal a security interest in the collateral securing loan(s) that I have with Navy Federal now and in the future, including any type of change or increase, and any proceeds from the sale of such collateral and of insurance thereon, not to exceed the unpaid balance of the loan. This security interest in collateral securing other loans does not apply to any loan(s) on my primary residence.

**Notice of Claim (NOC)** – Neither Borrower nor Navy Federal may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Agreement or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Agreement, until such party has notified the other party of such alleged breach and afforded the other party a reasonable period after the giving of such notice to take corrective action.

**Trust Account** – If this loan is made to a trust with a Navy Federal Trust Account number, each person signing the note is jointly and severally liable for the loan. When the trust is revocable, all trustee(s) and natural person borrower(s) must sign the note and will be jointly and severally liable for the loan.

**Navy Federal Agreement**
Navy Federal pays the total cash amount of the loan to the Borrower or to the Borrower's account in another institution designated by the Borrower, and has no financial ties with, or right of recourse against, the seller of the property from which a Borrower purchases and finances with Navy Federal.

**Guaranteed Asset Protection** is voluntary and is not required in order to obtain credit. Refer to the Guaranteed Asset Protection Agreement and Disclosure for a full explanation of the terms and conditions of the program. Guaranteed Asset Protection is only available for new and used vehicles.

**Security Agreement**
The owner(s) of the collateral warrant(s) that he/she is the owner of the collateral listed on the front; that there are no other liens or claims against the collateral; that the collateral is not a commercial/business purpose vehicle and will not be used for hire or taxi services; and that as the owner(s), he/she has the right to make this agreement. If the collateral described on the front is to be purchased with the proceeds of this loan, Borrower warrants the proceeds will not be used for any other purpose. **If the collateral listed on the front is a boat or recreational vehicle, the owner(s) expressly agree(s), represent(s), and warrant(s) that it is and/or will be used for recreational purposes only.**

The owner(s) will appoint Navy Federal as owner(s)' attorney-in-fact with limited authority to take such steps and accomplish such acts as Navy Federal may deem necessary to perfect and continue the perfection of the security interest created by this Security Agreement and to protect the collateral. The owner(s) will defend the collateral against claims and demands of other persons and will not permit any other liens to the attached collateral. The owner(s) will also keep the collateral in good condition and will not knowingly permit any action to impair its present value. The owner(s) will obtain written consent of Navy Federal prior to disposing of collateral. The owner(s) will: (1) maintain property insurance (from an insurer of owner(s)' choice) on the collateral covered by this Security Agreement against loss and damage with a collision deductible of no more than $1,000; (2) assign to Navy Federal the right to receive the proceeds of insurance, not to exceed the unpaid principal loan balance, interest, charges, and fees owed should the collateral be lost or damaged; and (3) provide satisfactory proof that the required coverage remains in effect. Failure to comply with this may result in converting this loan's annual percentage rate to Navy Federal's prevailing rate for signature loans. We may also "force place" insurance at the Borrower's expense in the event that the Borrower/owner(s) fail(s) to comply with the insurance requirement. Any force-placed insurance will cover the loan's principal balance only and will not cover any personal belongings. As promptly as possible and no later than three months, the Borrower/owner(s) will deliver to Navy Federal a Certificate of Title or other proof of ownership reflecting Navy Federal as the first lien holder. The Certificate of Title must also show the individual Borrower/owner(s) as the registered owner(s) of the collateral. Failure to comply with this request can result in Navy Federal converting this loan's annual percentage rate to Navy Federal's prevailing unsecured personal loan rate and can increase your monthly payment. **If Navy Federal exercises its right to file for the lien-recorded title, filing fees will appear as a debit on the Borrower's savings account.**

Pursuant to your state's enactment of either the Uniform Electronic Transactions Act, the Electronic Commerce Security Act (IL), the Washington Electronic Authentication Act, or the Electronic Signatures and Records Act (NY), the electronic signature is binding and enforceable in accordance with state law and may not be denied legal effect.

25

© 2023 Navy Federal NFCU 23E GAP (2-23)    **Exhibit E – Executed Promissory Note with Navy Federal**    2 of 4

## Default Agreement

The occurrence of any of the following shall constitute default: failure to make payments as specified; violation of any Borrower warranty given in this agreement; failure to perform in accordance with this agreement; discovery that any warranty or statement of Borrower made in connection with this transaction is incorrect in any material respect; use of the collateral in any manner prohibited by law; limitation on the collateral by being attached, levied upon, seized in any proceeding, or held by virtue of any lien, distress, or order; failure to adequately insure and properly register the collateral; suspension or revocation of registration certificate or Borrower's operating license; death, insolvency, business failure, or entry of a discharge in bankruptcy or receivership by or against the Borrower, Co-Borrower/Guarantor, or Owner of Collateral (other than Borrower) of any property of either. Navy Federal or its agent has the *right to take possession of the collateral without prior notice to the Borrower upon default.*

Any default by Borrower under any of the terms or provisions of any other agreement between Borrower and Navy Federal, whether existing now or in the future, shall constitute a default under all agreements. Under default, the balance due under this note, plus any interest, charges, and fees, shall become immediately payable without further notice to the Borrower at the option of Navy Federal. If the amount due is not paid immediately, Navy Federal shall have the right to take such action as is available to it under the law. If you default, such action may include taking possession of all stated collateral, taking (repossessing) the vehicle from you if we do so peacefully and the law allows it, and selling, or otherwise disposing of the same, or any part thereof, at public or private sale upon such terms as Navy Federal may elect, and apply the proceeds received from such a sale to the amounts owed. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows. Borrower will be liable to Navy Federal for any deficiency to the extent permitted by law. In the event of default, all reasonable costs of collection, including, but not limited to, court costs, expenses, and reasonable attorney's fees, will be paid by the Borrower. Navy Federal may also revoke any and all membership privileges previously extended to the Borrower (except the right to vote and to maintain a savings account) without prior notice to the Borrower. The waiver by Navy Federal of any default by the Borrower shall not be a waiver of any subsequent default.

If Borrower is in default, Navy Federal may obtain any information it deems necessary to cure or collect said default, including Borrower's current contact information, as permitted by law. Contact to a Borrower's employer will be limited to obtaining current contact information. The obligation of the Borrower to Navy Federal to repay that portion of this loan not covered by voluntary Guaranteed Asset Protection shall continue on to the Co-Borrower/Guarantor's and the Borrower's heirs or estate.

You agree that if you do not make payments on your account in accordance with this agreement, you will accept calls from Navy Federal regarding your account at any telephone number provided by you (including cellular telephones). In addition, we may use pre-recorded voice messages or automatic dialing devices to contact you at any telephone number associated with your account. You agree such calls will not be "unsolicited" calls for the purpose of state and federal laws.

If Borrower and Navy Federal enter into a loan workout agreement, Navy Federal may, at its option, add all accrued and unpaid interest to the balance of the loan as part of the agreement. Interest would then accrue on the new principal balance.

## Military Annual Percentage Rate Statement

The following statement applies to covered borrowers (Active Duty servicemembers and their dependents) under the Military Lending Act: Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). If you would like to hear this statement or the payment obligations orally, please call 1-800-667-9596.

Pursuant to your state's enactment of either the Uniform Electronic Transactions Act, the Electronic Commerce Security Act (IL), the Washington Electronic Authentication Act, or the Electronic Signatures and Records Act (NY), the electronic signature is binding and enforceable in accordance with state law and may not be denied legal effect.

Member's Copy

| Date and Time | Signer | Action | Document | IP | Product Description |
|---|---|---|---|---|---|
| 2025-07-10 18:19:32 | 22881543 | Accepted ESIGN Consent | Electronic Disclosure and Signature Consent | 76.91.11.158 | USED VEHICLE |
| 2025-07-10 19:16:09 | 22881543 | App Started | | 10.144.15.193 | USED VEHICLE |
| 2025-07-30 08:23:18 | 22881543 | Approved | | | USED VEHICLE |
| 2025-07-30 13:39:11 | 22881543 | Accessed My Applications | | 76.91.11.158 | USED VEHICLE |
| 2025-07-30 13:39:18 | 22881543 | Accessed Application | | 76.91.11.158 | USED VEHICLE |
| 2025-07-30 13:39:50 | 22881543 | User Login | | 76.91.11.158 | USED VEHICLE |
| 2025-07-30 13:42:46 | 22881543 | Electronically Signed Document | Promissory Note | 76.91.11.158 | USED VEHICLE |

Pursuant to your state's enactment of either the Uniform Electronic Transactions Act, the Electronic Commerce Security Act (IL), the Washington Electronic Authentication Act, or the Electronic Signatures and Records Act (NY), the electronic signature is binding and enforceable in accordance with state law and may not be denied legal effect.

27

# Notifications

⚙ Preferences

## Filter

Reset Filters

**CATEGORY**

☐  Credit score and rating

☐  Identity and fraud protection

☐  Connected accounts

☐  Experian Boost®

**STATUS**

☐  Archived

### Today



⚠ Your Credit Rating has changed from Very Good to Good.

TODAY

Your FICO® Score Rating has decreased to Good.

Good
670 - 739

Fair    Very Good

**727**  ↓18 pts

Poor    Exceptional

FICO SCORE 8  Learn more
Experian data 8/4/2025

300    850

**Exhibit F – Experian Credit Score Drop Notification**

28

## WHAT NOW?

A score decrease doesn't need to set you back. Try Experian Boost™ to raise your FICO® Score instantly.

Try Experian Boost℠

### Why did my score change? ^

Your credit score is updated—sometimes raised or lowered—whenever your credit report changes. Since your credit report is regularly updated with data from your lenders, such as your newly opened or closed accounts, it's normal for your score to change. Reviewing your credit report regularly can help you understand these changes as they happen.

See credit report

### Why am I receiving this?

You are receiving this alert because your membership includes FICO® Score monitoring with Experian data. We monitor changes to your FICO® Score and score rating. These changes could impact your credit worthiness, your ability to get credit and your interest rates.

**Check out your credit overview**

 **You have pre-approved offers!**
Apply today knowing this card was matched to your credit profile.

**See offers**

Your FICO® Score has decreased by 18 points.

TODAY

 ⚠ **NAVY FEDERAL CR UN reported a new account on your TransUnion Credit Report.**

TODAY



29

**Last 7 days**



⚠ **NAVY FEDERAL CREDIT UNION reported a new account on your Equifax Credit Report.**

AUG 02, 2025

 **Reach your financial goals with a personal loan**
Thinking about a big purchase? See personal loans matched to you.

**See matches**



⚠ **NAVY FEDERAL CREDIT UNION reported a new account on your Equifax Credit Report.**

AUG 02, 2025

**Your CREDIT ONE BANK NA account's Credit Usage significantly decreased to 23.1%.**

JUL 29, 2025

Your Dispute Results are ready.

JUL 28, 2025

Your Account Dispute has been updated.

JUL 28, 2025

Good news: Your Credit Rating has changed from Good to Very Good!

JUL 28, 2025

**Good news: Your FICO® Score has increased by 11 points!**

JUL 28, 2025

<   1   2   3   ...   56   >

**Services** —

**Tools** —

**Support** —

Get the free Experian app:

 

Follow us:

   

Contact Us

Terms & Conditions

Privacy Policy

© 2025 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian
Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names
mentioned herein are the property of their respective owners. Licenses and Disclosures.



CERTIFIED SECURE



Lindon Voglezon

Simi Valley, CA

Phone: ████-9040

Email: b████@gmail.com

Date: 8/10/2025

To:
Experian
P.O. Box 4500
Allen, TX 75013

Dispute of Unauthorized Hard Inquiry — AutoNation / BMW Valencia (July 14, 2025)

To Whom It May Concern,

I am writing to formally dispute a hard inquiry that appears on my credit report from AutoNation BMW Valencia (or listed as "AutoNation" or related dealership entity) dated July 14, 2025.

This inquiry was made without my authorization and without a permissible purpose under the Fair Credit Reporting Act (FCRA, 15 U.S.C. § 1681b). I was already pre-approved for an auto loan through Navy Federal Credit Union and made it explicitly clear to the dealership that I did not want financing through them. Despite that, they proceeded to run my credit.

Further, I did not obtain any loan, line of credit, or financing from AutoNation. I financed the vehicle entirely through Navy Federal, and I am enclosing the following documentation to support my claim:

- Copy of my Navy Federal Credit Union Pre-Approval Letter
- Copy of my Navy Federal Promissory Note (signed July 30, 2025)
- Copy of my Driver's License
- Proof of current address (bank statement/utility bill)
- Screenshot of the hard inquiry in question
- Email from AutoNation management refusing to remove the inquiry

Under the FCRA, an inquiry must be directly related to a credit transaction initiated or authorized by the consumer. This inquiry was neither. I respectfully request that this unauthorized inquiry be removed immediately from my credit file.

Please confirm in writing that the inquiry has been deleted, or notify me if further information is required. Thank you for your prompt attention to this matter.

Sincerely,

Lindon Andre Voglezon II

32

Lindon Voglezon
████████████
Simi Valley, CA ████
Phone: ███████-9040
Email: █████████@gmail.com

Date: 8/10/2025

To:
Equifax
P.O. Box 740256
Atlanta, GA 30374

Dispute of Unauthorized Hard Inquiry — AutoNation / BMW Valencia (July 14, 2025)

To Whom It May Concern,

I am writing to formally dispute a hard inquiry that appears on my credit report from AutoNation BMW Valencia (or listed as "AutoNation" or related dealership entity) dated July 14, 2025.

This inquiry was made without my authorization and without a permissible purpose under the Fair Credit Reporting Act (FCRA, 15 U.S.C. § 1681b). I was already pre-approved for an auto loan through Navy Federal Credit Union and made it explicitly clear to the dealership that I did not want financing through them. Despite that, they proceeded to run my credit.

Further, I did not obtain any loan, line of credit, or financing from AutoNation. I financed the vehicle entirely through Navy Federal, and I am enclosing the following documentation to support my claim:

- Copy of my Navy Federal Credit Union Pre-Approval Letter
- Copy of my Navy Federal Promissory Note (signed July 30, 2025)
- Copy of my Driver's License
- Proof of current address (bank statement/utility bill)
- Screenshot of the hard inquiry in question
- Email from AutoNation management refusing to remove the inquiry

Under the FCRA, an inquiry must be directly related to a credit transaction initiated or authorized by the consumer. This inquiry was neither. I respectfully request that this unauthorized inquiry be removed immediately from my credit file.

Please confirm in writing that the inquiry has been deleted, or notify me if further information is required. Thank you for your prompt attention to this matter.

Sincerely,

Lindon Andre Voglezon II

*33*

Lindon Voglezon
▧▧▧▧▧
Simi Valley, CA ▧▧▧
Phone: ▧▧▧-9040
Email: ▧▧▧@gmail.com

Date: 8/10/2025

To:
TransUnion
P.O. Box 2000
Chester, PA 19016

Dispute of Unauthorized Hard Inquiry — AutoNation / BMW Valencia (July 14, 2025)

To Whom It May Concern,

I am writing to formally dispute a hard inquiry that appears on my credit report from AutoNation BMW Valencia (or listed as "AutoNation" or related dealership entity) dated July 14, 2025.

This inquiry was made without my authorization and without a permissible purpose under the Fair Credit Reporting Act (FCRA, 15 U.S.C. § 1681b). I was already pre-approved for an auto loan through Navy Federal Credit Union and made it explicitly clear to the dealership that I did not want financing through them. Despite that, they proceeded to run my credit.

Further, I did not obtain any loan, line of credit, or financing from AutoNation. I financed the vehicle entirely through Navy Federal, and I am enclosing the following documentation to support my claim:

- Copy of my Navy Federal Credit Union Pre-Approval Letter
- Copy of my Navy Federal Promissory Note (signed July 30, 2025)
- Copy of my Driver's License
- Proof of current address (bank statement/utility bill)
- Screenshot of the hard inquiry in question
- Email from AutoNation management refusing to remove the inquiry

Under the FCRA, an inquiry must be directly related to a credit transaction initiated or authorized by the consumer. This inquiry was neither. I respectfully request that this unauthorized inquiry be removed immediately from my credit file.

Please confirm in writing that the inquiry has been deleted, or notify me if further information is required. Thank you for your prompt attention to this matter.

Sincerely,

Lindon Andre Voglezon II

34

GARRISON PROPERTY and CASUALTY
INSURANCE COMPANY
(A Stock Insurance Company)
9800 Fredericksburg Road - San Antonio, Texas 78288

**USAA®**

CALIFORNIA AUTO POLICY
AMENDED DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

ADDL INFO ON NEXT PAGE   MAIL MCH-M-I
AMENDMENT TO

| State | 02 ,03 | Veh | | POLICY NUMBER |
|---|---|---|---|---|
| CA | 476476 | XXX | | ▨▨▨▨▨▨ 101 4 |

POLICY PERIOD:   (12:01 A.M. standard time)
**EFFECTIVE JUL 23 2025 TO SEP 07 2025**

OPERATORS
01 LINDON ANDRE VOGLEZON II
04 CHRISTIAN WRIGHT

**Named Insured and Address**

LINDON ANDRE VOGLEZON II
SIMI VALLEY CA ▨▨▨▨▨▨

### Description of Vehicle(s)

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE* Miles One Way | WORK/SCHOOL Days Per Week |
|---|---|---|---|---|---|---|---|---|---|
| 02 | 23 | LEXUS | ES | 4D | 12000 | ▨▨▨▨ 033357 | | P | |
| 03 | 16 | LINCOLN | MKZ HYB 4D | 4D | 12000 | ▨▨▨▨ 600765 | | P | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. * W/C=Work/School; B=Business; F=Farm;P=Pleasure

VEH 02   SIMI VALLEY CA 93065-5044
VEH 03   SIMI VALLEY CA 93065-5044

**This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.**

| COVERAGES ("ACV" MEANS ACTUAL CASH VALUE) | LIMITS OF LIABILITY | VEH 02 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH 03 6-MONTH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|---|
| PART A – LIABILITY | | | | | | | | | |
| BODILY INJURY      EA PER $ | 100,000 | | | | | | | | |
| EA ACC $ | 300,000 | | 152.95 | | 154.34 | | | | |
| PROPERTY DAMAGE EA ACC $ | 100,000 | | 102.14 | | 102.03 | | | | |
| PART B – MEDICAL PAYMENTS | | | | | | | | | |
| EA PER $ | 1,000 | | 10.96 | | 10.82 | | | | |
| EXTENDED BENEFITS | | | | | | | | | |
| WAGE EARNER DISAB  $1,000 PER 30-DAY PERIOD | | | | | | | | | |
| ESSENTIAL SVCS DISAB $45 WK | | | 2.54 | | 2.54 | | | | |
| PART C – UNINSURED MOTORISTS | | | | | | | | | |
| BODILY INJURY      EA PER $ | 100,000 | | | | | | | | |
| EA ACC $ | 300,000 | | 105.42 | | 104.32 | | | | |
| WAIVER OF COLL DEDUCTIBLE | | | 1.79 | | 1.78 | | | | |
| PART D – PHYSICAL DAMAGE COVERAGE | | | | | | | | | |
| COMPREHENSIVE LOSS      ACV LESS | | D 500 | 151.02 | D 500 | 116.90 | | | | |
| COLLISION LOSS      ACV LESS | | D 500 | 717.02 | D 500 | 410.13 | | | | |
| | | TOTAL PREMIUM – SEE FOLLOWING PAGE(S) | | | | | | | |

LOSS PAYEE
VEH 02   NAVY FEDERAL CREDIT UNION, LEHIGH VALLEY  PA
VEH 03   NAVY FEDERAL CREDIT UNION, LEHIGH VALLEY  PA

ENDORSEMENTS: ADDED 07-23-25 -  NONE
REMAIN IN EFFECT(REFER TO PREVIOUS POLICY)-  A132(02)  A200CA(01)  RSGPCW(01)
5100CA(02)
INFORMATION FORMS:  88356(01)

| 02 | RSM18 000N | | | 03 | RSF17 000N | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas, on this date   JULY 22, 2025

Tom Eck, Secretary          Randy Termeer, President

**35**

5000 R  05-12
51492-05-12

1 of 2

**Exhibit H – USAA Auto Policy Declarations Page**

**GARRISON PROPERTY and CASUALTY**
**INSURANCE COMPANY**
(A Stock Insurance Company)
9800 Fredericksburg Road - San Antonio, Texas 78288

USAA®

ADDL INFO ON NEXT PAGE    MAIL MCR-M-I
RENEWAL OF

CALIFORNIA AUTO POLICY
RENEWAL DECLARATIONS
(ATTACH TO PREVIOUS POLICY)

| State | 01 | | Veh | | POLICY NUMBER |
|---|---|---|---|---|---|
| CA | 476 | | XX | | ████ 101 4 |

POLICY PERIOD:        (12:01 A.M. standard time)
**EFFECTIVE MAR 07 2025 TO SEP 07 2025**

OPERATORS
01 LINDON ANDRE VOGLEZON II
04 CHRISTIAN WRIGHT

**Named Insured and Address**

LINDON ANDRE VOGLEZON II
SIMI VALLEY CA ████

**Description of Vehicle(s)**

| VEH | YEAR | TRADE NAME | MODEL | BODY TYPE | ANNUAL MILEAGE | IDENTIFICATION NUMBER | SYM | VEH USE* | WORK&SCHOOL Miles One Way | Days Per Week |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 08 | LEXUS | ES 350 4D | 4D | 12000 | ████ 253514 | | P | | |

The Vehicle(s) described herein is principally garaged at the above address unless otherwise stated. * W/C=Work/School; B=Business; F=Farm; P=Pleasure
VEH 01  SIMI VALLEY CA 93065-5044

**This policy provides ONLY those coverages where a premium is shown below. The limits shown may be reduced by policy provisions and may not be combined regardless of the number of vehicles for which a premium is listed unless specifically authorized elsewhere in this policy.**

| COVERAGES ("ACV" MEANS ACTUAL CASH VALUE) | | | VEH 01 D=DED AMOUNT | 6-MONTH PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ | VEH D=DED AMOUNT | PREMIUM $ |
|---|---|---|---|---|---|---|---|---|---|---|
| PART A – LIABILITY | | | | | | | | | | |
| BODILY INJURY | EA PER $ | 100,000 | | | | | | | | |
| | EA ACC $ | 300,000 | | 192.24 | | | | | | |
| PROPERTY DAMAGE | EA ACC $ | 100,000 | | 113.05 | | | | | | |
| PART B – MEDICAL PAYMENTS | | | | | | | | | | |
| | EA PER $ | 1,000 | | 12.72 | | | | | | |
| EXTENDED BENEFITS | | | | | | | | | | |
| WAGE EARNER DISAB  $1,000 PER 30-DAY PERIOD | | | | | | | | | | |
| ESSENTIAL SVCS DISAB $45 WK | | | | 2.54 | | | | | | |
| PART C – UNINSURED MOTORISTS | | | | | | | | | | |
| BODILY INJURY | EA PER $ | 100,000 | | | | | | | | |
| | EA ACC $ | 300,000 | | 118.90 | | | | | | |
| WAIVER OF COLL DEDUCTIBLE | | | | 2.02 | | | | | | |
| PART D – PHYSICAL DAMAGE COVERAGE | | | | | | | | | | |
| COMPREHENSIVE LOSS | ACV LESS | D 500 | | 91.64 | | | | | | |
| COLLISION LOSS | ACV LESS | D 500 | | 266.86 | | | | | | |
| RENTAL REIMBURSEMENT | | | | | | | | | | |
| MULTIPASSENGER/TRUCK CLASS | | | | 52.43 | | | | | | |
| TOWING AND LABOR | | | | 11.33 | | | | | | |

TOTAL PREMIUM - SEE FOLLOWING PAGE(S)

ENDORSEMENTS: ADDED 03-07-25 -  NONE
REMAIN IN EFFECT(REFER TO PREVIOUS POLICY)- A132(02)  A200CA(01)  RSGPCW(01)
  5100CA(02)
INFORMATION FORMS:  50CA(05)   CADS(05)  40CA(01)  13580(03)

| 01 | RSM18000N | | | | | | | | | | | | | | | | | | | | |

In WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary at San Antonio, Texas, on this date    JANUARY 30  2025

*Kelly Armstrong*, Secretary          *Randy Termeer*, President

36

5000 R 05-12
51492-05-12

Exhibit H – USAA Auto Policy Declarations Page                    2 of 2

**Exhibit I – Timeline of Events**

*Lindon Andre Voglezon II v. CIG Financial, LLC dba AutoNation Finance, and Valencia B Imports, Inc. dba AutoNation BMW Valencia*

| Date | Event | Relevant Exhibit(s) |
|---|---|---|
| July 10, 2025 | Pre-approval letter issued by Navy Federal Credit Union for $40,000 auto loan. | Exh. A |
| July 14, 2025 | Plaintiff visits AutoNation BMW Valencia and declines financing. | Exh. B |
| July 14, 2025 | Defendants run unauthorized hard inquiries with Experian, Equifax, and TransUnion. | Exh. B |
| July 19, 2025 | Chevrolet Garden Grove denial letter received; Experian score shown as 678 (baseline). | Exh. Q |
| July 25–26, 2025 | Plaintiff requests removal of inquiry; Finance Director refuses, admitting sales staff initiated pull. | Exh. D |
| July 30, 2025 | Plaintiff executes NFCU promissory note, finalizing purchase through NFCU only. | Exh. E |
| August 1, 2025 | Valencia B Imports issues denial letter based on false application submitted under Plaintiff's name. | Exhs. C & P |
| August 4, 2025 | Experian notifies Plaintiff of 18-point credit score drop. | Exh. F |
| August 10, 2025 | Plaintiff formally disputes inquiry with Experian. | Exh. G |
| August 13, 2025 | Voicemail from "Neil with AutoNation" acknowledging complaint and offering resolution. | Exh. K |
| August 13, 2025 | Plaintiff files complaints with BBB, FTC, and CFPB. | Exhs. L–N |
| August 26, 2025 | AutoNation Finance responds to CFPB complaint, asserting credit application permissible purpose. | Exh. R |
| August 26, 2025 | BBB response received from AutoNation; Plaintiff submits rebuttal. | Exh. S |
| August 29, 2025 | SoFi Bank loan denial received, score 729 (TransUnion). | Exh. T |
| August 29, 2025 | Axos Bank loan denial received, score 694 (Experian). | Exh. U |
| August 29, 2025 | Avant/WebBank loan denial received, score 729, citing number of inquiries as adverse factor. | Exh. V |

**Exhibit I – Timeline of Events**

| Date | Event | Relevant Exhibit(s) |
|---|---|---|
| **August 2025** | Plaintiff approved for American Express credit card but at **28.74% APR**, nearly double NFCU auto loan rate of 14.7%. Demonstrates increased cost of credit. | Exh. Ab |
| September 2, 2025 | Email from Polo Lopez, General Manager of AutoNation BMW Valencia, re: BBB complaint. | Exh. W |
| September 2, 2025 | Settlement Demand Letter sent to Polo Lopez offering pre-litigation resolution. | Exh. W-1 |
| September 4, 2025 | BBB Response & Plaintiff's Rebuttal; BBB issues final closure notice marking complaint "Answered – consumer dissatisfied." | Exhs. X, Y |
| September 5, 2025 | Plaintiff submits complaint to Department of Consumer Affairs / Office of Consumer Protection. | Exh. Z |
| September 6, 2025 | Rocket Loan denial received, score 696 (Equifax), citing excessive inquiries and adverse factors. | Exh. Aa |
| Ongoing | Plaintiff continues to suffer damages totaling **$65,470**, supported by sworn Declaration and Schedule of Damages. | Exhs. J & O |

**Exhibit I – Timeline of Events**

38

**Exhibit J – Schedule of Damages**

*Lindon Andre Voglezon II v. CIG Financial, LLC dba AutoNation Finance, and Valencia B Imports, Inc. dba AutoNation BMW Valencia*

| Category of Damage | Description | Amount | Supporting Exhibits |
|---|---|---|---|
| **Credit Score Reduction** | Loss of 18 points from baseline score of 678 (Chevrolet denial, 7/19/25) to reduced Experian score on 8/4/25. Impacts future credit cost. | $9,000 | Exhs. Q, F |
| **False Adverse Credit History** | Unauthorized inquiry + false denial letters (Valencia BMW, Chevrolet Garden Grove, SoFi, Axos, Avant, Rocket) created derogatory records. | $12,500 | Exhs. B, C, P, Q, T, U, V, Aa |
| **Emotional Distress & Reputational Harm** | Stress, humiliation, anxiety, reputational damage, and interference with personal and professional relationships. | $15,000 | Exh. O (Declaration) |
| **Lost Time & Opportunity Costs** | Hours spent disputing inquiries, contacting agencies, preparing complaints, and regulatory filings. | $6,500 | Exhs. G, L–N, R, S |
| **Out-of-Pocket Costs** | Postage, certified mail, printing, legal prep, credit monitoring, and filing fees. | $3,970 | Receipts + Exh. J summary |
| **Future Credit Monitoring / Protection** | Anticipated need for ongoing monitoring and protection due to Defendants' misconduct. | $9,000 | Exh. J summary |
| **Loan Denial – Rocket Loan** | Denial by Cross River Bank via RocketLoans.com (9/6/25). Cited Equifax score of 696, excessive inquiries, high balances, and delinquency. | $4,500 | Exh. Aa |
| **Higher Cost of Credit – AmEx Card** | Plaintiff approved for AmEx credit card (Aug 2025) but at **28.74% APR**, nearly double Plaintiff's 14.7% NFCU auto loan rate. Reflects increased cost of borrowing due to adverse credit history. | $5,000 | Exh. Ab |

**Total Damages: $65,470**

**Exhibit K – AutoNation Voicemail Acknowledging Dispute**

**Date/Time:** August 13, 2025 – 6:12 p.m. PST

**From:** Neil (AutoNation Corporate) – (916) 539-5887

**Transcript:**

"Hello Lindon, this is Neil with AutoNation. I wanted to reach out. It looks like you might have a concern with one of our dealerships. Again, this is Neil with AutoNation and I wanted to give you a call to see what the issues are, how I can handle it and get you taken care of. My cell number is (916) 539-5887. Again, Neil with AutoNation (916) 539-5887. Thank you."

40

 Your BBB complaint has been sent to the business



Better Business Bureau®
Serving the Fall Line Corridor
277 Martin Luther King Jr. Blvd., Suite 201
Macon, GA 31201
478-742-7999
www.bbb.org

8/13/2025

Lindon Voglezon

Simi Valley, CA, ▨▨▨

Dear Lindon Voglezon:

Thank you for contacting the Better Business Bureau. This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc..  Your complaint was assigned ID 23741778.

**Now that I have filed, what is the next step?**
We have forwarded your complaint to the business for their response. We have asked the business to reply promptly, but some disputes may take longer than others to conclude.  Please be patient as we work to ensure that your concerns are addressed.

**What if I do not agree with the response from the business?**
It is important for both parties to maintain realistic expectations and respond in a professional, fair and courteous manner.  Our goal is for you and the business to be able to work towards an amicable solution. Should this prove difficult, we may offer you and the business the opportunity to participate in binding arbitration.  More information about these options can be found at www.bbb.org

**What happens if a business does not respond?**
BBB will make every effort to obtain a response from the business, but some businesses simply do not ever contact us.  BBB is not an enforcement agency. We cannot force a business to respond. However, failure to do so may result in a negative impact on their BBB rating, which may drive away future customers. BBB can also refer you to other agencies that may be able to assist you, depending on the specific nature of your complaint.

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution. Please do not hesitate to contact us with any additional questions or concerns.

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030

**Exhibit L – BBB Complaint Submission Confirmation**

41

Gmail - Report has been submitted

 Gmail

**Lindon Voglezon <b▮▮▮▮@gmail.com>**

---

### Report has been submitted
1 message

---

**no-reply@reportfraud.ftc.gov** <no-reply@reportfraud.ftc.gov>
To: b▮▮▮▮@gmail.com

Wed, Aug 13, 2025 at 9:45 AM


FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

# We Have Your Report!

### Report number: 191397899

Thank you for filing a report with the Federal Trade Commission and helping to fight fraud in your community.

The FTC does not resolve individual reports, but your report will be entered in the FTC's Consumer Sentinel database and will be available to federal, state, and local law enforcement across the country.

## Your Next Steps

**Credit and Debt Counseling Advice:**

- **Learn more about dealing with debt at ftc.gov/debt.**
- **Learn more about student loan debt here.**
- **You also can file a report with your state attorney general.**

## Want To Learn More?

**Exhibit M – FTC Complaint Submission Confirmation**

42



You can get answers to common questions the FTC gets about filing a report at **ReportFraud.ftc.gov/FAQs**.

Find out what is going on in your state or metro area at **ftc.gov/exploredata**.

Check out **ftc.gov/refunds** to see recent FTC cases that resulted in refunds.

**Exhibit M – FTC Complaint Submission Confirmation**

43

8/28/25, 9:20 AM — Complaint Detail

An official website of the United States Government

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

## 250813-23147804

CLOSED

### ✓ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 8/13/2025 | Credit reporting or other personal consumer reports | Improper use of your report |

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

On July 14, 2025, AutoNation BMW Valencia accessed my credit reports without my authorization, despite my explicit refusal and my pre-approved auto loan through Navy Federal Credit Union. I financed my vehicle entirely through Navy Federal (see attached pre-approval and promissory note). On August 1, 2025, I received a formal credit denial letter for a loan I never applied for. This proves that AutoNation or its financing partner processed a false credit application in my name. This false application led to: - An unauthorized hard inquiry on my credit reports (15 U.S.C. § 1681b) - An "adverse action" without a valid application or permissible purpose (15 U.S.C. § 1681m) - Potential obtaining of my credit report under false pretenses (15 U.S.C. § 1681q) I have requested a letter of deletion from AutoNation to remove the inquiry, but Finance Director Gary Kazandjian refused in writing.

**ATTACHMENTS**

| 8:1:25 Auto Credit Denial Letter - Exhibit C.pdf (331.2 KB) | 8:12:25 Timeline Of Events - Exhibit I.pdf (137 KB) | Emails with dealership management - Exhibit D.pdf (408.2 KB) | 7:10:25 Navy Federal Pre-approval Lexus - Exhibit A.pdf (249.9 KB) | Navy Federal 2023 Lexus 300h ePromissory Note - Exhibit E.pdf (562.2 KB) | 7:15:25 AutoNation Credit Pulled - Exhibit B.pdf (1.1 MB) | 8:10:25 AutoNation Inquiry Dispute - Exhibit G.pdf (269.4 KB) | Auto Policy Dec Pg 5 - Exhibit H.pdf (48.8 KB) | 8:4:25 Credit Score Decrease - Exhibit F.pdf (714.2 KB) |

View full complaint ⊕

### ✓ Sent to company

**STATUS**

Sent to company on 8/13/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

**Exhibit N – CFPB Complaint Submission**

44

8/28/25, 9:20 AM                                    Complaint Detail

✅ **Company responded**

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 8/26/2025 | Closed with explanation |

### Company's Response

The response is enclosed.
ATTACHMENTS

APP 330771- LINDON
VOGLEZON_CA_CFPB_COMPLAINT
RESPONSE.pdf (91.8 KB)

🔵 **Feedback requested**

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 8/26/2025 | 10/25/2025 |

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

❌ **Closed**

The CFPB has closed your complaint.

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

🇺🇸  An official website of the United States Government

**Exhibit N – CFPB Complaint Submission**

45

**Exhibit O - Declaration of Lindon Andre Voglezon II**

**I, Lindon Andre Voglezon II, declare:**

1. I am the Plaintiff. I have personal knowledge of the facts herein.
2. On **July 10, 2025**, I received an **NFCU auto-loan pre-approval (Exh. A).**
3. On **July 15, 2025**, I visited **Valencia BMW** to purchase a 2023 Lexus ES 300h. I **explicitly told** sales staff and the sales manager that I would **not** use dealership financing; I would **use my NFCU pre-approval**.
4. A Navy Federal representative **confirmed by phone** to dealership staff that **no credit check was needed**.
5. Despite this, dealership staff told me **"no vehicle can leave the lot without a credit check"** and represented that a check was for **"identity verification"** and/or an **"option contract"** while NFCU funds were processing.
6. **On July 15, 2025,** at approximately 5pm, I called Navy Federal Credit Union from my cell phone on speaker. **The NFCU representative stated** to the Sales Manager, Greg, and Salesperson, Trevor, that I was pre-approved and that **the dealership did not need to run my credit.** Christian Wright and I heard this statement.
7. I **never intended to apply for credit** with the dealership or any of its lenders, and I **did not authorize** a dealership-initiated credit application.
8. On **July 15, 2025**, the dealership **pulled my credit (Exh. B).**
9. On **July 30, 2025**, I executed the **NFCU e-Promissory Note** and financed exclusively through NFCU **(Exh. E).**
10. On **August 1, 2025**, I received a **credit denial/adverse action** letter issued in my name even though I never validly applied for dealership credit **(Exhs. C, P).**
11. My **Experian score dropped 18 points** by August 4, 2025 **(Exh. F).** I disputed the inquiry on **August 10, 2025 (Exh. G).**
12. I suffered **credit denials** (SoFi, Axos, Avant, Rocket Loans) and **higher pricing** on new credit (AmEx **28.74% APR** vs. my auto loan's 14.7%) **(Exhs. T, U, V, Aa, Ab).**
13. The dealership later claimed I "signed a credit application," but any signature was **coerced** and obtained after I had **insisted on NFCU financing**, as a purported condition to take delivery or for "verification."
14. I never knowingly gave **written instructions** to the dealership to obtain my credit report for dealer financing; any such paperwork was **misrepresented** to me.
15. A true and correct copy of my **damages schedule** is Exh. J; my **declaration** of distress is Exh. O.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Executed on ___10/24___ , 2025, at ___Los Angeles___ , California.
/s/ **Lindon Andre Voglezon II**

**Exhibit O - Declaration of Lindon Andre Voglezon II**

46

1 of 1

**Exhibit O-1 - Declaration of Christian Wright**

**I, Christian Wright, declare:**

1. I am over 18 and competent to testify. I accompanied **Lindon Voglezon** to **Valencia BMW in July 2025**.
2. I heard Lindon tell the salesperson and the sales manager that he **would not** use dealership financing and had a **pre-approved loan with NFCU**.
3. I heard the dealership state words to the effect that **no vehicle could leave the lot without a credit check**, and that a check was needed for **"identity verification"** or an **"option contract"** even though Lindon had financing.
4. I heard an NFCU representative, on speakerphone, tell Greg (sales manager) and Trevor (salesperson) that Lindon was pre-approved and no credit check by the dealership was needed.
5. Staff **pitched financing offers** to Lindon based on his **credit score** after the pull.
6. At no time did I hear Lindon **voluntarily apply** for dealer credit. He repeatedly said he was using **NFCU**.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on ___10/22___, 2025, at ___Simi Valley___, California.
/s/ **Christian Wright**

47

1 of 1

**Exhibit O-1 - Declaration of Christian Wright**



**Valencia BMW**
**24030 CREEKSIDE ROAD**
**VALENCIA CA  91355**

**Lindon Voglezon**
**Simi Valley CA**

NOTICE OF ADVERSE ACTION

07/15/2025

Lindon Voglezon

Simi Valley, CA

Dear Lindon Voglezon,

Thank you for your recent interest in purchasing or leasing a vehicle at Valencia BMW. This letter is being sent to you because you were either denied credit or offered credit on terms different from what you applied for based on your recent credit inquiry for a vehicle. This notice is being provided only to you and does not in any way impact your credit history or score. If you purchased a car, the terms of your agreement have not changed.

In evaluating your application, we obtained information from a consumer reporting agency. While the decision may be based in whole or in part on the information contained in the report, the agency did not play a part in the decision and is unable to supply reasons why a lender may not have been available for your purchase. If you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have the right to a free copy of your report from the consumer reporting agency. If you request it no later than 60 days after you receive this notice. It can be obtained by contacting 700Credit, 25555 Northwestern Highway, Suite 301 Southfield, MI 48033 or you can complete the request at https://www.700credit.com/consumer-connection/.

| | ☐ **Equifax** P.O. Box 740241 Atlanta, GA 30374 (800) 685-1111 www.equifax.com/fcra | ☐ **Experian** P.O. Box 2002 Allen, TX 75013 (888) 397-3742 www.experian.com | ☒ **TransUnion** 2 BaldWin Place, PO Box 1000 Chester, PA 19022 (800) 888-4213 www.transunion.com |
|---|---|---|---|
| **Score** | | | 747 |
| **Date Created** | | | 07/15/2025 |
| **Range** | | | 250 to a high of 900 |
| **Reason** | | | Proportion of balances to credit limits is too high on bank revolving or other revolving accounts. *Proportion of loan balances to loan amounts is too high.* Too many accounts with balances. *Length of time revolving accounts have been* established. |

Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. If you have any questions regarding your credit score you should contact the consumer reporting agency at the address listed above.

If you would like a statement of the reasons we were unable to offer a transaction on the terms you requested, please contact our finance department within 60 days of this letter. We will provide you with a statement of the reasons within 30 days of receipt of your request. If we provide the information orally, you have a right to ask that we confirm the reasons in writing within 30 days of our receipt of your written request for confirmation.

Valencia BMW
24030 CREEKSIDE ROAD, VALENCIA, CA  91355
1-866-794-8252
adverse@700credit.com

NOTICE:  The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (with certain limited exceptions), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580

48

**Exhibit P -  Notice Of Adverse Action**

## NOTICE OF ADVERSE ACTION

07/19/25

Lindon  Voglezon

Simi Valley, CA

Dear Lindon  Voglezon,

Thank you for your recent interest in purchasing or leasing a vehicle at Simpson Chevrolet of Garden Grove. This letter is being sent to you because you were either denied credit or offered credit on terms different from what you applied for based on your recent credit inquiry for a vehicle. This notice is being provided only to you and does not in any way impact your credit history or score. If you purchased a car, the terms of your agreement have not changed.

In evaluating your application, we obtained information from a consumer reporting agency. While the decision may be based in whole or in part on the information contained in the report, the agency did not play a part in the decision and is unable to supply reasons why a lender may not have been available for your purchase. If you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have the right to a free copy of your report from the agency, if you request it no later than 60 days after you receive this notice. It can be obtained by contacting: 700Credit, 26555 Northwestern Highway, Suite 301 Southfield, MI 48033.

| | ☐ Equifax | ☑ Experian | ☐ TransUnion |
|---|---|---|---|
| | P.O. Box 740241<br>Atlanta, GA 30374<br>(800) 685-1111<br>www.equifax.com/fcra | P.O. Box 2104<br>Allen, TX 75013<br>(888) 397-3742<br>www.experian.com | 2 Baldwin Place, PO Box 1000<br>Chester, PA 19022<br>(800) 888-4213<br>www.transunion.com |
| Score | | 678 | |
| Date Created | | 07/19/25 | |
| Range | | Low of 250 to a high of 900 | |
| Reason | | Serious delinquency<br>Ratio of balance to limit on bank revolving or other rev accts too high<br>Length of time accounts have been established<br>Too many accounts with balances | |

Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. If you have any questions regarding your credit score you should contact the consumer reporting agency at the address listed above.

If you would like a statement of the reasons we were unable to offer a transaction on the terms you requested, please contact our Finance Department within 60 days of this letter. We will provide you with a statement of the reasons within 30 days of receipt of your request. If we provide the information orally, you have a right to ask that we confirm the reasons in writing within 30 days of your receipt of your written request for confirmation.

Simpson Chevrolet of Garden Grove
10150 Trask Ave, Garden Grove, CA 92843
1-866-794-8252
adverse@700credit.com

NOTICE:  The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (with certain limited exceptions), because all or part of the applicant s income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

49

**AutoNation //FINANCE**

August 26, 2025

Lindon Voglezon
XXXXXXXXX,
Simi Valley, CA XXX

Re:     **Consumer Financial Protection Bureau ("CFPB") Case No. 250813-23147804**

Dear Lindon Voglezon:

CIG Financial, LLC doing business as AutoNation Finance ("AutoNation Finance") acknowledges receipt of your complaint made to the CFPB dated August 13, 2025, wherein you assert you did not authorize AutoNation BMW Valencia to access your credit report, as such you have requested a letter of deletion from the Finance director, Gary Kazandjian and it was denied.

AutoNation Finance appreciates and thanks you for taking the time to share your experience and regrets to hear that you are not satisfied. We understand how frustrating this situation must be and appreciate the opportunity to clarify our role in the process. AutoNation and AutoNation Finance operate as separate entities. Based on the information you provided, your concerns appear to relate specifically to the dealership and its personnel, rather than AutoNation Finance.

According to AutoNation Finance's records, an application for credit for the financing of a 2023 Lexus ES ("Vehicle) was submitted to AutoNation Finance on July 15, 2025, by VALENCIA BMW ("Dealer"), 23435 Valencia Blvd., Valencia, CA 91355, (661) 254-8000. Automobile dealerships often submit a consumer's credit application(s) to multiple potential creditors including AutoNation Finance. You may not have been aware or recall that the Dealer listed above submitted your credit application to AutoNation Finance; however, AutoNation Finance received the application and, as a result, had a permissible purpose to review your credit report. When you applied for credit through the Dealer, you authorized the Dealer to submit your application to creditors of the Dealer's choosing for consideration. If you have any further questions about this matter, AutoNation Finance kindly suggests that you contact the Dealer who is in possession of your original, signed credit application.

AutoNation Finance does not manage dealership transactions or have access to the communications related to your potential purchase. While AutoNation Finance purchases and services retail installment contracts, we did not purchase, nor do we hold a contract associated with your transaction. As such, we do not have the ability to provide further assistance in this matter. To assist you with this matter, we have shared your concerns with AutoNation Customer Relations. You are also welcome to contact them directly at Customer.Relations@AutoNation.com. We also recommend you reach out to the Dealer directly.

If you have any further questions or concerns regarding this matter, please contact the Compliance Department at compliance@autonationfinance.com.

Sincerely,

Compliance Department

50



Better Business Bureau

277 Martin Luther King Jr. Blvd., Ste. 201
Macon ga 31201-3495
(478) 742-7999
www.bbb.org/central-georgia

**Case #:** 23741778

**Sent to Business on:** 08/13/2025

**Business Info:**
AutoNation, Inc.
3000 North Lake Pkwy # 100
Columbus, GA 31909
7065222116

**Consumer Info:**
Voglezon, Lindon

Simi Valley, CA
9040
b @gmail.com

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**
On July 14, 2025, AutoNation BMW Valencia accessed my credit reports without my authorization, despite my explicit refusal and my pre-approved auto loan through Navy Federal Credit Union. I financed my vehicle entirely through Navy Federal (see attached pre-approval and promissory note).

On August 1, 2025, I received a formal credit denial letter for a loan I never applied for. This proves that AutoNation or its financing partner processed a false credit application in my name. This false application led to:

-        An unauthorized hard inquiry on my credit reports (15 U.S.C. § 1681b)

-        An "adverse action" without a valid application or permissible purpose (15 U.S.C. § 1681m)

-        Potential obtaining of my credit report under false pretenses (15 U.S.C. § 1681q)

I have requested a letter of deletion from AutoNation to remove the inquiry, but Finance Director Gary Kazandjian refused in writing.

**Consumer's Desired Resolution:**
Correction to a credit report; Refund

**Messages/Communication**

**From:** BBB Better Business Bureau serving the Fall Line Corridor, Inc.
**To:** Consumer
**Sent:** 08/13/2025
**Subject:** Your BBB Complaint has been sent to the business

Lindon Voglezon

Simi Valley, CA, ◼◼◼

Dear Lindon Voglezon:

Thank you for contacting the Better Business Bureau. This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc..  Your complaint was assigned ID 23741778.

**Now that I have filed, what is the next step?**
We have forwarded your complaint to the business for their response. We have asked the business to reply promptly, but some disputes may take longer than others to conclude.  Please be patient as we work to ensure that your concerns are addressed.

**What if I do not agree with the response from the business?**
It is important for both parties to maintain realistic expectations and respond in a professional, fair and courteous manner.  Our goal is for you and the business to be able to work towards an amicable solution. Should this prove difficult, we may offer you and the business the opportunity to participate in binding arbitration. More information about these options can be found at www.bbb.org

**What happens if a business does not respond?**
BBB will make every effort to obtain a response from the business, but some businesses simply do not ever contact us.  BBB is not an enforcement agency. We cannot force a business to respond. However, failure to do so may result in a negative impact on their BBB rating, which may drive away future customers. BBB can also refer you to other agencies that may be able to assist you, depending on the specific nature of your complaint.

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution. Please do not hesitate to contact us with any additional questions or concerns.

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030

**Exhibit S – BBB Complaint Response and Plaintiff's Rebuttal**

5ᴀ

**From:** BBB Better Business Bureau serving the Fall Line Corridor, Inc.
**To:** Consumer
**Sent:** 08/21/2025
**Subject:** A message from your BBB

Lindon Voglezon

Simi Valley,CA ████

Dear Lindon Voglezon:

This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc..  Your complaint was assigned ID 23741778.

You recently requested our help concerning a dispute with the company named above. The company has not responded to us to date.  We are continuing to try to contact the company to obtain a response to your concern.

If you have heard from the company please email us at sabrina@centralgeorgia.bbb.org or send us a letter letting us know if you have heard from AutoNation, Inc..

Thank you for using BBB's Marketplace Services.

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030

*53*

**From:** BBB Better Business Bureau serving the Fall Line Corridor, Inc.
**To:** Consumer
**Sent:** 08/27/2025
**Subject:** Message received from the business about your complaint

Lindon Voglezon

Simi Valley,CA ███

Dear Lindon Voglezon:

This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc..  Your complaint was assigned ID 23741778.

BBB has received a formal response from AutoNation, Inc.. We ask that you review the response and understand that BBB is here to assist both parties in reaching a fair and reasonable resolution.

Please review their response to your complaint and advise us of your position in the matter **within 7 calendar days**. If we do not hear back from you, BBB will assume you are satisfied and will close your complaint as answered.

Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

> **If you received this complaint via Postal Mail, you may respond online using the link below or respond by mail using the address above.**
> **To access/respond to this complaint online:**
> Go to: https://respond.bbb.org/letter/
> Enter the following code: 23741778-48D70

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030

**MESSAGE FROM BUSINESS:**

Mr. Voglezon filled out and signed a Long Form Credit Application. He also signed a Route One Credit Application. Mr Voglezon even signed the credit disclosure that disclosed his credit score at the time of the pull. Mr Voglezon had an option contract. Due to the fact he utilized his own financing that triggered no loan from us

and hence the denial letter. But all signed documents are on file and can't attach due to consumer privacy laws. But if Mr Voglezon would like copies he could reach out to us and we will be more than happy to supply. We disclosed everything to Mr Voglezon and had him sign it all at the time of the deal on 07/15/2025.

**From:** BBB Kinya Boyd
**To:** Consumer
**Sent:** 08/27/2025
**Subject:** More information received from business regarding your complaint

Lindon Voglezon

Simi Valley,CA ✕✕

Dear Lindon Voglezon:

This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc.. Your complaint was assigned ID 23741778.

BBB has received a more information from AutoNation, Inc.. We ask that you review the response and understand that BBB is here to assist both parties in reaching a fair and reasonable resolution.

Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030


**MESSAGE FROM BUSINESS:**

Mr. Voglezon filled out and signed a Long Form Credit Application. He also signed a Route One Credit Application. Mr Voglezon even signed the credit disclosure that disclosed his credit score at the time of the pull. Mr Voglezon had an option contract. Due to the fact he utilized his own financing that triggered no loan from us and hence the denial letter. But all signed documents are on file and can't attach due to consumer privacy laws. But if Mr Voglezon would like copies he could reach out to us and we will be more than happy to supply. We disclosed everything to Mr Voglezon and had him sign it all at the time of the deal on 07/15/2025.

**From:** Consumer Lindon Voglezon
**To:** BBB
**Sent:** 08/28/2025
**Subject:** I do not accept the response made by the business to resolve this complaint

Complaint: 23741778

I am rejecting this response because:

The company's response is not satisfactory.
While it is true that I signed documents, this was only after being told that signing was required in order to move
forward with the vehicle purchase, despite the fact that I already had full financing pre-approved through Navy
Federal Credit Union. A Navy Federal representative even confirmed over the phone to sales manager (Greg
Poland) and salesman (Trevor Carr) that no credit check was needed, yet dealership staff pressured me into
signing regardless.
My complaint is that my credit was accessed under false pretenses and without a legitimate need. The denial
letters, false applications, and resulting drop in my credit score remain unresolved. I continue to request
deletion of the inquiry and correction of my credit reports.

Sincerely,

Lindon Voglezon

**Exhibit S – BBB Complaint Response and Plaintiff's Rebuttal**

57

Lindon Voglezon

Simi Valley, CA, ▨▨▨▨

08/29/2025

Dear Lindon,

Thank you for your recent application. Your request for a loan was carefully considered, and we regret that we are unable to approve your application at this time, for the following reason(s):

Limited credit utilization
Average credit line balance in the past 12 months too low
Limited credit experience
Excessive obligations in relation to income

Our credit decision was based in whole or in part on information obtained in a report from one or more of the consumer reporting agencies listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agencies. The reporting agencies played no part in our decision and is/are unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agencies, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agencies.

| Experian | TransUnion – Dispute Request | SageStream / Lexis Nexis Risk |
|---|---|---|
| P.O. Box 4500 | P.O. Box 2000 | Solutions Consumer Center |
| Allen, TX 75013 | Chester, PA 19016-2000 | P. O. Box 105108 |
| 1-888-397-3742 | 1-800-916-8800 | Atlanta, GA 30348-5108 |
| http://www.experian.com/ | http://www.transunion.com | 1-888-395-0277 |
| reportaccess/ | | https://consumer.risk.lexisnexis.com/ |

We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your Credit Score: 729
Date: 08/29/2025

Scores range from a low of 300 to a high of 850.

Key factors that adversely affected your credit score:

Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high
Too many accounts with balances
Length of time revolving accounts have been established
Proportion of loan balances to loan amounts is too high

If you have any questions regarding your credit score, you should contact TransUnion at:

TransUnion – Dispute Request
P.O. Box 2000
Chester, PA 19016-2000
800-916-8800
http://www.transunion.com

If you have any questions regarding this letter, you should contact us at:

*58*

SoFi Bank, N.A.
2750 East Cottonwood Pkwy, Suite 300
Cottonwood Heights, UT 84121
T:855.456.7634

Sincerely,

SoFi Bank, N.A.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552.

59



**Axos Bank®**
4350 La Jolla Village Drive, Suite 140
San Diego, CA 92122
Tel.: (866) 923-3625

**Adverse Action Notice**

8/29/2025

Lindon Voglezon
XXXXXXXX
Simi Valley, CA XXXXX

## ACTION TAKEN AFFECTING CREDIT REQUEST

Date of Loan Request: 8/29/2025                    Amount Requested: $20,000.00

☐ We are unable to process your application because we require the following information to make a decision:

☒ We are unable to extend credit to you at this time.

## PART 1-PRINCIPAL REASONS FOR CREDIT DENIAL OR OTHER ACTION

Type of employment does not meet minimum bank preferences
Length of residence does not meet minimum bank preferences

## PART 2-DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

### SECTION A

☒ Our credit decision was based in whole or in part on information obtained in a report from a consumer reporting agency listed on the next page. You have a right under the Fair Credit Reporting Act to know the information contained in our credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

We obtained information from the following consumer reporting agency to make our decision

| ☒Experian | ☐TransUnion | ☐Equifax |
|---|---|---|
| P.O. Box 2002 | P.O. Box 1000 | P.O. Box 740241 |
| Allen, TX 75013 | Chester, PA 19022 | Atlanta, GA 30374-0241 |
| (888) 397-3742 | (800)888-4213 | (800) 685-1111 |
| www.experian.com/reportaccess | www.transunion.com/myoptions | www.equifax.com |

☒ We also obtained your credit score from Experian and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score is: 694                    Date: 8/29/2025
Scores range from a low of **350 to 850**

### Key factors that adversely affected your credit score

NOT ENOUGH AVAILABLE CREDIT ON REVOLVING ACCOUNTS.
BALANCES ON ACCTS TOO HIGH COMPARED TO CREDIT LIMITS AND LOAN AMOUNTS.
LACK OF FIRST MORTGAGE ACCOUNT INFORMATION.
TOO MANY BANKCARDS WITH HIGH BALANCE COMPARED TO CREDIT LIMIT.

### SECTION B

☐ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information. To receive this disclosure, contact Axos Bank at the address above.

## EQUAL CREDIT OPPORTUNITY ACT NOTICE

The federal **Equal Credit Opportunity Act** prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Protection Act.

The federal agency that administers compliance with this law concerning this creditor is:

60

**FEDERALLY CHARTED BANKS:**

Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC 20552

IF YOU BELIEVE YOU HAVE BEEN UNFAIRLY DISCRIMINATED AGAINST, YOU MAY FILE A WRITTEN COMPLAINT WITH THE BANKING REGULATOR AT THE ABOVE
ADDRESS.

If you have any questions regarding any of the information on this document, please contact us at the Axos Bank address or phone number listed above.

06-07-25

 Gmail                                        Lindon Voglezon <b▓▓▓▓@gmail.com>

## Your recent loan request
1 message

**Avant Support** <support@avant.com>                                  Fri, Aug 29, 2025 at 4:04 PM
Reply-To: support@avant.com
To: b▓▓▓▓@gmail.com



# Thanks for applying. Unfortunately, a loan can't be offered right now.

**Though you may see an inquiry on your credit report, it cannot be seen by third parties and won't affect your credit score.**

Hi Lindon,

After a careful review of your recent application for a loan submitted through Avant, unfortunately we cannot provide you with the loan you inquired about at this time.

Avant branded credit products are issued by WebBank, so you may see a new inquiry from Avant and/or WebBank your credit report. We assure you, the inquiry did not affect your credit score.

Your credit profile can change every 30 days, so we welcome you to re-apply and check your rate with us after this time.

**Exhibit V - Avant Bank Denial**

*62*

8/31/25, 3:32 PM    Case 8:25-cv-02407-FWS-ADS    Document 1    Filed 10/24/25    Page 63 of 92    Page ID
Gmail - Your recent loan request
#:63

## If you didn't directly apply through Avant…

Chances are you checked your loan options through another third party. This automatically starts a loan inquiry to see if there are any offers that match your credit profile.

## Want More Information?

If you would like a statement of specific reasons why we were not able to offer a loan to you, please contact the Application Review Manager at the address or email shown below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

WebBank c/o Avant
Attn: Customer Support - Applications
222 W Merchandise Mart Plaza, Suite 900
Chicago, IL 60654
support@avant.com
800-712-5407

## Your Right to Get Your Consumer Report

We obtained information from a consumer reporting agency as part of our consideration of your application, the name, address, and toll-free telephone number of each consumer reporting agency is shown below. The reporting agency or agencies played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at each consumer reporting agency listed below. You have a right to a free copy of your report from each reporting agency listed below, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report or reports you received is inaccurate or incomplete, you have the right to dispute the matter with the applicable reporting agency. You can

*63*

**Exhibit V - Avant Bank Denial**

find out about the information contained in your file (if one was used) by contacting:

TransUnion LLC

2 Baldwin Place

P.O. Box 1000

Chester, PA 19016

Telephone: 1-800-888-4213

**Information about Your Credit Score**

In addition to your credit report information, we also obtained your credit score from the consumer reporting agency listed below and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 729

Date: Aug 29, 2025

Scores range from a low of 300 to a high of 850

Key factors that adversely affected your credit score: Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high, Too many accounts with balances, Length of time revolving accounts have been established, Proportion of loan balances to loan amounts is too high, The number of inquiries on the consumer's credit file has adversely affected the credit score.

**Exhibit V - Avant Bank Denial**

64

If you have any questions regarding your credit score, you should contact TransUnion LLC at 2 Baldwin Place, P.O. Box 1000, Chester, PA 19016, Telephone: 800-888-4213.

## Information Obtained from Third Parties

Additionally, our credit decision may have been based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

Sincerely,
WebBank, Salt Lake City, Utah

## NOTICES:

FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE

**Notice:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

**Exhibit V - Avant Bank Denial**

Division of Depositor and Consumer Protection
National Center for Consumer and Depositor Assistance
Federal Deposit Insurance Corporation
1100 Walnut Street, Box #11
Kansas City, MO 64106

**The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.**

**Exhibit V - Avant Bank Denial**

66

9/2/25, 11:14 AM                                                                Gmail - BBB Issue

 Gmail                                    Lindon Voglezon <b✕✕✕✕@gmail.com>

## BBB Issue

**Polo Lopez** <LopezP2@autonation.com>                    Tue, Sep 2, 2025 at 10:45 AM
To: b✕✕✕✕@gmail.com

Good morning Lindon,

I just tried calling you regarding your Better Business Bureau complaint.  I would love an
opportunity to speak.  Please let me know what time would be best to schedule a phone
appointment.

Thank you for your time and I look forward to hearing from you.


Sincerely,

Polo Lopez
General Manager

VALENCIA BMW
M: 818.269.2537
O: 661.288.7101
E:  Lopezp2@autonation.com
www.ValenciaBMW.com

23435 Valencia Blvd.
Valencia, CA 91355


To stop receiving these messages visit Communication Preferences

## Settlement Demand Letter

Good morning Mr. Lopez,

As you are aware, I am writing in connection with the unauthorized hard credit inquiry and subsequent adverse actions taken by AutoNation BMW Valencia on or about **July 14, 2025,** despite my explicit refusal of dealership financing and my confirmed pre-approval with Navy Federal Credit Union.

I have compiled a complete evidentiary record, Exhibits A–W, which includes denial letters, email communications, regulatory filings, and proof of damages. A federal complaint under the **Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681 et seq.**, is fully prepared and ready for filing with the United States District Court, Central District of California.

My **Schedule of Damages (Exhibit J)** documents **$55,970** in actual damages to date, including:

- Loss of credit score and derogatory history.
- Loan denials (SoFi, Axos, Avant/WebBank).
- Emotional distress and reputational harm.
- Lost time and out-of-pocket costs.

If litigation proceeds, I will seek additional **statutory damages, attorney's fees, and punitive damages** under the FCRA for willful noncompliance.

In the interest of resolving this matter amicably, I am willing to settle if AutoNation agrees to:

1. **Immediately request deletion of the unauthorized inquiry** from Experian, Equifax, and TransUnion.
2. **Correct any false adverse credit records** resulting from the unauthorized inquiry.
3. **Provide compensation in the amount of $55,970** to resolve all claims without the need for litigation.

If I do not receive a satisfactory response by **September 12th, 2025,** I will proceed with filing my complaint in federal court without further notice.

This email is written in good faith in an effort to resolve this matter privately and efficiently. Please treat this correspondence as a formal settlement demand.

Sincerely,

**Lindon Andre Voglezon II**
Plaintiff, Pro Se

This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc..  Your complaint was assigned ID 23741778.

BBB has received a more information from AutoNation, Inc.. We ask that you review the response and understand that BBB is here to assist both parties in reaching a fair and reasonable resolution.
Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030

**MESSAGE FROM BUSINESS:**

Mr. Voglezon filled out and signed a Long Form Credit Application. He also signed a Route One Credit Application. Mr Voglezon even signed the credit disclosure that disclosed his credit score at the time of the pull. Mr Voglezon had an option contract. Due to the fact he utilized his own financing that triggered no loan from us and hence the denial letter. But all signed documents are on file and can't attach due to consumer privacy laws. But if Mr Voglezon would like copies he could reach out to us and we will be more than happy to supply. We disclosed everything to Mr Voglezon and had him sign it all at the time of the deal on 07/15/2025.

**Message to the BBB on Thursday, August 28, 2025**

Complaint: 23741778

I am rejecting this response because:

The company's response is not satisfactory.
While it is true that I signed documents, this was only after being told that signing was required in order to move forward with the vehicle purchase, despite the fact that I already had full financing pre-approved through Navy Federal Credit Union. A Navy Federal representative even confirmed over the phone to sales manager (Greg Poland) and salesman (Trevor Carr) that no credit check was needed, yet dealership staff pressured me into signing regardless.
My complaint is that my credit was accessed under false pretenses and without a legitimate need. The denial letters, false applications, and resulting drop in my credit score remain unresolved. I continue to request deletion of the inquiry and correction of my credit reports.

Sincerely,

Lindon Voglezon

**Message to the Consumer on Thursday, September 4, 2025**

Lindon Voglezon
████████
Simi Valley,CA  ████

Dear Lindon Voglezon:

This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc..  Your complaint was assigned ID 23741778.

**Exhibit X - BBB AutoNation Response & Rebuttal**

69

BBB has received a formal response from AutoNation, Inc.. We ask that you review the response and understand that BBB is here to assist both parties in reaching a fair and reasonable resolution.
Please review their response to your complaint and advise us of your position in the matter **within 7 calendar days**. If we do not hear back from you, BBB will assume you are satisfied and will close your complaint as answered.

Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030

**MESSAGE FROM BUSINESS:**

Mr. Voglezon did come in with his own financing. We informed him after verification, of an approval from his financial institution that we do not deal with electronically , that he can't take delivery of the vehicle till we actually receive the funds. So we can sign the contract hold the vehicle and when funds are received we will release it to him. He was persistent on wanting to take delivery that day. Then we informed him he could utilize an "Option Contract", which requires us to pull his credit and obtain a backup approval that we can utilize if his funds did not come through. He agreed to the option and filled out and signed a hand written credit application giving us the authorization of pulling his credit and attaining a backup approval. Mr. Voglezon signed the electronic credit application as well. The deal was done and he took delivery. The funds came through from his financial institution and we did not utilize the back up approval. After a time frame if an active approval is not utilized the bank will close it and send a letter to the consumer.

We have all the signed paperwork stated above and due to consumer privacy we can't upload. If Mr Voglezon wants copies, he can come in and we can supply all documents to him.

**Message to the BBB on Thursday, September 4, 2025**


Complaint: 23741778

Dear BBB, I am rejecting this response because:

I respectfully reject AutoNation BMW Valencia's response, as it contains false statements and mischaracterizes what occurred.

First, their claim that funds were "verified that day" and that I was told I could not take delivery until they were received is false. I brought the check the following day, gave it to Sales Manager Greg Poland, and he had to verify funds with my lender. Their own finance staff admitted they mis-scanned the original check, requiring me to return with a replacement.

Second, their claim that they offered to "hold the vehicle" until funds were received is false. This was never offered. Instead, Salesperson Trevor Carr told me their company policy was that no vehicle can leave the lot without a credit check, even if the customer is pre-approved. He suggested an "option contract" solely to satisfy their policy.

Third, I expressly told both Mr. Poland and Mr. Carr that I had pre-approval with Navy Federal and did not want dealer financing. A Navy Federal representative confirmed this directly to them by phone. Despite this, they insisted on pulling my credit, claiming it was required for identity verification. This was coercion, not voluntary consent.

Fourth, after pulling my credit, Mr. Carr used my score to pitch dealer financing offers at lower interest rates, pressuring me to switch lenders. When I declined, Mr. Poland also pressured me, questioning my decision repeatedly. This demonstrates that the true motive was sales, not "verification."

BBB: Complaint Case ID #23741778

My fiancée (who was present) and the Navy Federal representative are both independent witnesses to these events. Their testimony would directly contradict AutoNation's response.

AutoNation's response misrepresents the facts and attempts to shift blame onto me. The truth is that they forced a credit application under false pretenses, against my wishes, and in violation of the FCRA. This resulted in unauthorized credit inquiries, denial letters, a documented score decrease, and ongoing damages.

For these reasons, I maintain my complaint and request that BBB keep the record open as unresolved.

Respectfully,

Lindon Andre Voglezon II

**Exhibit X - BBB AutoNation Response & Rebuttal**



Better Business Bureau

277 Martin Luther King Jr. Blvd., Ste. 201
Macon ga 31201-3495
(478) 742-7999
www.bbb.org/central-georgia

**Case #:** 23741778

**Sent to Business on:** 08/13/2025

**Business Info:**
AutoNation, Inc.
3000 North Lake Pkwy # 100
Columbus, GA 31909
7065222116

**Consumer Info:**
Voglezon, Lindon

Simi Valley, CA ▨▨

▨▨9040

b▨▨@gmail.com

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**
On July 14, 2025, AutoNation BMW Valencia accessed my credit reports without my authorization, despite my explicit refusal and my pre-approved auto loan through Navy Federal Credit Union. I financed my vehicle entirely through Navy Federal (see attached pre-approval and promissory note).

On August 1, 2025, I received a formal credit denial letter for a loan I never applied for. This proves that AutoNation or its financing partner processed a false credit application in my name. This false application led to:

- An unauthorized hard inquiry on my credit reports (15 U.S.C. § 1681b)

- An "adverse action" without a valid application or permissible purpose (15 U.S.C. § 1681m)

- Potential obtaining of my credit report under false pretenses (15 U.S.C. § 1681q)

I have requested a letter of deletion from AutoNation to remove the inquiry, but Finance Director Gary Kazandjian refused in writing.

**Consumer's Desired Resolution:**
Correction to a credit report; Refund

**Exhibit X-1 - Entire Communication Log**

72

1 of 13

**Messages/Communication**

**From:** BBB Better Business Bureau serving the Fall Line Corridor, Inc.
**To:** Consumer
**Sent:** 08/13/2025
**Subject:** Your BBB Complaint has been sent to the business

Lindon Voglezon

Simi Valley, CA, ▓▓▓


Dear Lindon Voglezon:

Thank you for contacting the Better Business Bureau. This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc..  Your complaint was assigned ID 23741778.

**Now that I have filed, what is the next step?**
We have forwarded your complaint to the business for their response. We have asked the business to reply promptly, but some disputes may take longer than others to conclude.  Please be patient as we work to ensure that your concerns are addressed.

**What if I do not agree with the response from the business?**
It is important for both parties to maintain realistic expectations and respond in a professional, fair and courteous manner.  Our goal is for you and the business to be able to work towards an amicable solution. Should this prove difficult, we may offer you and the business the opportunity to participate in binding arbitration. More information about these options can be found at www.bbb.org

**What happens if a business does not respond?**
BBB will make every effort to obtain a response from the business, but some businesses simply do not ever contact us.  BBB is not an enforcement agency. We cannot force a business to respond. However, failure to do so may result in a negative impact on their BBB rating, which may drive away future customers. BBB can also refer you to other agencies that may be able to assist you, depending on the specific nature of your complaint.

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution. Please do not hesitate to contact us with any additional questions or concerns.


Sincerely,


Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030

**From:** BBB Better Business Bureau serving the Fall Line Corridor, Inc.
**To:** Consumer
**Sent:** 08/21/2025
**Subject:** A message from your BBB

Lindon Voglezon

Simi Valley,CA ▓▓▓

Dear Lindon Voglezon:

This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc..  Your complaint was assigned ID 23741778.

You recently requested our help concerning a dispute with the company named above. The company has not responded to us to date.  We are continuing to try to contact the company to obtain a response to your concern.

If you have heard from the company please email us at sabrina@centralgeorgia.bbb.org or send us a letter letting us know if you have heard from AutoNation, Inc..

Thank you for using BBB's Marketplace Services.

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030

**Exhibit X-1 - Entire Communication Log**

74

3 of 13

**From:** BBB Better Business Bureau serving the Fall Line Corridor, Inc.
**To:** Consumer
**Sent:** 08/27/2025
**Subject:** Message received from the business about your complaint

Lindon Voglezon

Simi Valley,CA ■ ■ ■


Dear Lindon Voglezon:

This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc.. Your complaint was assigned ID 23741778.

BBB has received a formal response from AutoNation, Inc.. We ask that you review the response and understand that BBB is here to assist both parties in reaching a fair and reasonable resolution.

Please review their response to your complaint and advise us of your position in the matter **within 7 calendar days**. If we do not hear back from you, BBB will assume you are satisfied and will close your complaint as answered.

Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

> **If you received this complaint via Postal Mail, you may respond online using the link below or respond by mail using the address above.**
> **To access/respond to this complaint online:**
> Go to: https://respond.bbb.org/letter/
> Enter the following code: 23741778-48D70

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030


**MESSAGE FROM BUSINESS:**

Mr. Voglezon filled out and signed a Long Form Credit Application. He also signed a Route One Credit Application. Mr Voglezon even signed the credit disclosure that disclosed his credit score at the time of the pull. Mr Voglezon had an option contract. Due to the fact he utilized his own financing that triggered no loan from us

*75*

**Exhibit X-1 - Entire Communication Log**

and hence the denial letter. But all signed documents are on file and can't attach due to consumer privacy laws. But if Mr Voglezon would like copies he could reach out to us and we will be more than happy to supply. We disclosed everything to Mr Voglezon and had him sign it all at the time of the deal on 07/15/2025.

Exhibit X-1 - Entire Communication Log

76

5 of 13

**From:** BBB Kinya Boyd
**To:** Consumer
**Sent:** 08/27/2025
**Subject:** More information received from business regarding your complaint

Lindon Voglezon

Simi Valley,CA ███


Dear Lindon Voglezon:

This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc.. Your complaint was assigned ID 23741778.

BBB has received a more information from AutoNation, Inc.. We ask that you review the response and understand that BBB is here to assist both parties in reaching a fair and reasonable resolution.

Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030


**MESSAGE FROM BUSINESS:**

Mr. Voglezon filled out and signed a Long Form Credit Application. He also signed a Route One Credit Application. Mr Voglezon even signed the credit disclosure that disclosed his credit score at the time of the pull. Mr Voglezon had an option contract. Due to the fact he utilized his own financing that triggered no loan from us and hence the denial letter. But all signed documents are on file and can't attach due to consumer privacy laws. But if Mr Voglezon would like copies he could reach out to us and we will be more than happy to supply. We disclosed everything to Mr Voglezon and had him sign it all at the time of the deal on 07/15/2025.

**Exhibit X-1 - Entire Communication Log**

77
6 of 13

**From:** Consumer Lindon Voglezon
**To:** BBB
**Sent:** 08/28/2025
**Subject:** I do not accept the response made by the business to resolve this complaint


Complaint: 23741778

I am rejecting this response because:

The company's response is not satisfactory.
While it is true that I signed documents, this was only after being told that signing was required in order to move
forward with the vehicle purchase, despite the fact that I already had full financing pre-approved through Navy
Federal Credit Union. A Navy Federal representative even confirmed over the phone to sales manager (Greg
Poland) and salesman (Trevor Carr) that no credit check was needed, yet dealership staff pressured me into
signing regardless.
My complaint is that my credit was accessed under false pretenses and without a legitimate need. The denial
letters, false applications, and resulting drop in my credit score remain unresolved. I continue to request
deletion of the inquiry and correction of my credit reports.

Sincerely,


Lindon Voglezon

**Exhibit X-1 - Entire Communication Log**

7B

7 of 13

**From:** BBB Better Business Bureau serving the Fall Line Corridor, Inc.
**To:** Consumer
**Sent:** 09/04/2025
**Subject:** Message received from the business about your complaint

Lindon Voglezon

Simi Valley,CA ████


Dear Lindon Voglezon:

This message is in regard to your complaint submitted on 8/13/2025 against AutoNation, Inc..  Your complaint was assigned ID 23741778.

BBB has received a formal response from AutoNation, Inc.. We ask that you review the response and understand that BBB is here to assist both parties in reaching a fair and reasonable resolution.

Please review their response to your complaint and advise us of your position in the matter **within 7 calendar days**. If we do not hear back from you, BBB will assume you are satisfied and will close your complaint as answered.

Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

> **If you received this complaint via Postal Mail, you may respond online using the link below or respond by mail using the address above.**
> **To access/respond to this complaint online:**
> Go to: https://respond.bbb.org/letter/
> Enter the following code: 23741778-48D70


Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030


**MESSAGE FROM BUSINESS:**


Mr. Voglezon did come in with his own financing. We informed him after verification, of an approval from his financial institution that we do not deal with electronically , that he can't take delivery of the vehicle till we actually receive the funds. So we can sign the contract hold the vehicle and when funds are received we will

**Exhibit X-1 - Entire Communication Log**

79

release it to him. He was persistent on wanting to take delivery that day. Then we informed him he could utilize an "Option Contract", which requires us to pull his credit and obtain a backup approval that we can utilize if his funds did not come through. He agreed to the option and filled out and signed a hand written credit application giving us the authorization of pulling his credit and attaining a backup approval. Mr. Voglezon signed the electronic credit application as well. The deal was done and he took delivery. The funds came through from his financial institution and we did not utilize the back up approval. After a time frame if an active approval is not utilized the bank will close it and send a letter to the consumer.

We have all the signed paperwork stated above and due to consumer privacy we can't upload. If Mr Voglezon wants copies, he can come in and we can supply all documents to him.

**Exhibit X-1 - Entire Communication Log**

80

9 of 13

**From:** Consumer Lindon Voglezon
**To:** BBB
**Sent:** 09/04/2025
**Subject:** I do not accept the response made by the business to resolve this complaint

Complaint: 23741778

Dear BBB, I am rejecting this response because:

I respectfully reject AutoNation BMW Valencia's response, as it contains false statements and mischaracterizes what occurred.

First, their claim that funds were "verified that day" and that I was told I could not take delivery until they were received is false. I brought the check the following day, gave it to Sales Manager Greg Poland, and he had to verify funds with my lender. Their own finance staff admitted they mis-scanned the original check, requiring me to return with a replacement.

Second, their claim that they offered to "hold the vehicle" until funds were received is false. This was never offered. Instead, Salesperson Trevor Carr told me their company policy was that no vehicle can leave the lot without a credit check, even if the customer is pre-approved. He suggested an "option contract" solely to satisfy their policy.

Third, I expressly told both Mr. Poland and Mr. Carr that I had pre-approval with Navy Federal and did not want dealer financing. A Navy Federal representative confirmed this directly to them by phone. Despite this, they insisted on pulling my credit, claiming it was required for identity verification. This was coercion, not voluntary consent.

Fourth, after pulling my credit, Mr. Carr used my score to pitch dealer financing offers at lower interest rates, pressuring me to switch lenders. When I declined, Mr. Poland also pressured me, questioning my decision repeatedly. This demonstrates that the true motive was sales, not "verification."
My fiancée (who was present) and the Navy Federal representative are both independent witnesses to these events. Their testimony would directly contradict AutoNation's response.

AutoNation's response misrepresents the facts and attempts to shift blame onto me. The truth is that they forced a credit application under false pretenses, against my wishes, and in violation of the FCRA. This resulted in unauthorized credit inquiries, denial letters, a documented score decrease, and ongoing damages.

For these reasons, I maintain my complaint and request that BBB keep the record open as unresolved.

Respectfully,

Lindon Andre Voglezon II

**From:** BBB Better Business Bureau serving the Fall Line Corridor, Inc.
**To:** Consumer
**Sent:** 09/04/2025
**Subject:** BBB complaint has been closed

Lindon Voglezon

Simi Valley CA ████

Dear Lindon Voglezon,

This message is regarding Complaint ID # 23741778- AutoNation, Inc.

Your complaint is closed...

We understand you are NOT satisfied with the business's response, and have noted your dissatisfaction in our files.  While we were unable to reach your desired resolution, the business has provided your Better Business Bureau (BBB) with its position.  This matter is now closed in BBB files, and will appear in the company's BBB Business Profile as: "Answered - the business addressed the issues within the complaint, but the consumer remains dissatisfied."

**You may want to contact the Office of Consumer Protection for further assistance in this matter.**


If this is the case, please reply to this email and for the complaint to be reopened so you can submit a response to the business. After your request is processed, you will receive an email asking for your response with a link to the complaint.

Please note, the text of your response may be publicly posted on BBB's website.  BBB reserves the right to not post in accordance with BBB policy, and we may edit your response to protect privacy rights and to remove inappropriate language.

We appreciate the opportunity to be of service, and sincerely hope you will contact us for future pre-purchase information.

Sincerely,


Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030


**Exhibit X-1 - Entire Communication Log**

**MESSAGE FROM BUSINESS:**

Mr. Voglezon did come in with his own financing. We informed him after verification, of an approval from his financial institution that we do not deal with electronically , that he can't take delivery of the vehicle till we actually receive the funds. So we can sign the contract hold the vehicle and when funds are received we will release it to him. He was persistent on wanting to take delivery that day. Then we informed him he could utilize an "Option Contract", which requires us to pull his credit and obtain a backup approval that we can utilize if his funds did not come through. He agreed to the option and filled out and signed a hand written credit application giving us the authorization of pulling his credit and attaining a backup approval. Mr. Voglezon signed the electronic credit application as well. The deal was done and he took delivery. The funds came through from his financial institution and we did not utilize the back up approval. After a time frame if an active approval is not utilized the bank will close it and send a letter to the consumer.

We have all the signed paperwork stated above and due to consumer privacy we can't upload. If Mr Voglezon wants copies, he can come in and we can supply all documents to him.

**Exhibit X-1 - Entire Communication Log**

83

12 of 13



Better Business Bureau®
Serving the Fall Line Corridor
277 Martin Luther King Jr. Blvd., Suite 201
Macon, GA 31201
478-742-7999
www.bbb.org

9/4/2025

Lindon Voglezon


Simi Valley CA

Dear Lindon Voglezon,

This message is regarding Complaint ID # 23741778- AutoNation, Inc.

Your complaint is closed...

We understand you are NOT satisfied with the business's response, and have noted your dissatisfaction in our files.  While we were unable to reach your desired resolution, the business has provided your Better Business Bureau (BBB) with its position.  This matter is now closed in BBB files, and will appear in the company's BBB Business Profile as: "Answered - the business addressed the issues within the complaint, but the consumer remains dissatisfied."

**You may want to contact the Office of Consumer Protection for further assistance in this matter.**

If this is the case, please reply to this email and for the complaint to be reopened so you can submit a response to the business. After your request is processed, you will receive an email asking for your response with a link to the complaint.

Please note, the text of your response may be publicly posted on BBB's website.  BBB reserves the right to not post in accordance with BBB policy, and we may edit your response to protect privacy rights and to remove inappropriate language.

We appreciate the opportunity to be of service, and sincerely hope you will contact us for future pre-purchase information.
Sincerely,

Sabrina Nottingham
Customer Service Specialist
Phone: (478) 742-7999 Ext: 7030

**MESSAGE FROM BUSINESS:**

Mr. Voglezon did come in with his own financing. We informed him after verification, of an approval from his financial institution that we do not deal with electronically , that he can't take delivery of the vehicle till we actually receive the funds. So we can sign the contract hold the vehicle and when funds are received we will release it to him. He was persistent on wanting to take delivery that day. Then we informed him he could utilize an "Option Contract", which requires us to pull his credit and obtain a backup approval that we can utilize if his funds did not come through. He agreed to the option and filled out and signed a hand written credit application giving us the authorization of pulling his credit and attaining a backup approval. Mr. Voglezon signed the

**Exhibit Y - BBB AutoNation Final Closure Notice**

This complaint has been closed

electronic credit application as well. The deal was done and he took delivery. The funds came through from his financial institution and we did not utilize the back up approval. After a time frame if an active approval is not utilized the bank will close it and send a letter to the consumer.

We have all the signed paperwork stated above and due to consumer privacy we can't upload. If Mr Voglezon wants copies, he can come in and we can supply all documents to him.

**Exhibit Y - BBB AutoNation Final Closure Notice**

9/5/25, 1:39 PM                                    Print submission - Department of Consumer Affairs



### Print your submission for your records - CIC_CU-20250905-17992

**I would like to submit a:**
- Complaint

**Do you wish to remain anonymous?**
- No

**Enter your first name:**
- Lindon

**Enter your last name:**
- Voglezon

**Your DCA-Issued License/File/Entity Number:**
- 23741778

**Your Address (Number and Street):**
- ▓▓▓▓▓▓▓▓▓▓

**Your City:**
- Simi Valley

**Your State:**
- California

**Your Zip:**
- ▓▓▓▓

**Your Daytime Telephone Number:**
- ▓▓▓▓-9040

**Your E-mail Address:**
- b▓▓▓▓@gmail.com

**Which Board, Bureau, Program, or Division within the Department of Consumer Affairs is your complaint about?**
- Other (describe)

**Other (describe)**
- Consumer Credit / Auto Financi

**Business/Professional Name:**
- AutoNation BMW Valencia (Valencia B Imports, Inc.)

**Business/Professional Address (Number and Street):**
- 23435 Valencia Blvd.

**Business/Professional City:**
- Valencia

**Business/Professional State:**
- California

**Business/Professional Zip:**
- 91355

**Business/Professional Telephone Number:**
- 661-288-7101

**Exhibit Z - DCA Submission**

86

9/5/25, 1:39 PM                                     Print submission - Department of Consumer Affairs

**Please briefly describe your complaint:**

- On July 14, 2025, AutoNation BMW Valencia accessed my credit reports without authorization despite my explicit refusal and my pre-approved loan with Navy Federal Credit Union. I did not submit, sign, or authorize a credit application with AutoNation, yet they processed a false credit application under my name. This resulted in: - Unauthorized hard inquiries on Experian, Equifax, and TransUnion. - A false credit denial letter (8/1/25). - An 18-point credit score decrease (8/4/25). - Loan denials from SoFi, Axos Bank, and Avant/WebBank. - Emotional distress, reputational harm, and financial damages totaling $55,970. I attempted resolution directly with AutoNation, but Finance Director Gary Kazandjian refused to request deletion of the inquiry. AutoNation has misrepresented facts in responses to the BBB and CFPB, claiming I voluntarily applied for credit, which is untrue and contradicted by witnesses.

**What was the date of incident? (mm/dd/yyyy):**

- 07/14/2025

**What do you want the person or company to do to resolve your complaint:**

- 1. Immediately request deletion of the unauthorized credit inquiry from Experian, Equifax, and TransUnion. 2. Correct adverse credit history created by the false application. 3. Provide compensation in the amount of $55,970 to resolve actual damages.

**Please list supporting documents in your possession such as contracts, correspondence, invoices, receipts, warranties, pictures, etc.:**

- Exhibit A – Navy Federal Pre-Approval Notice (7/10/25) Exhibit B – Hard Inquiry Screenshots (7/14/25) Exhibit C/P – Credit Denial Letters (Valencia BMW, 8/1/25) Exhibit D – Emails with Finance Director refusing deletion (7/25–26/25) Exhibit E – Navy Federal Promissory Note (7/30/25) Exhibit F – Experian Score Drop (8/4/25) Exhibits T, U, V – Loan Denials (SoFi, Axos, Avant) Exhibits S, X, Y – BBB Complaint, Rebuttals, and Closure Notice Exhibit N/R – CFPB Complaint and AutoNation's Response

**Have you filed this complaint with any other agency/organization?**

- Yes

**If yes, please provide the following: Agency Name, Person Helping You, Phone Number, Case Number**

- Consumer Financial Protection Bureau (CFPB) Case No.: 250813-23147804 Federal Trade Commission (FTC) Report No.: 191397899 Better Business Bureau (BBB) Complaint ID: 23741778 Person helping you: Sabrina Nottingham (BBB Customer Service Specialist) Phone Number: (478) 742-7999

Department of Consumer Affairs
1625 North Market Blvd.
Sacramento, CA 95834

CIC_CU-20250905-17992

**Exhibit Z - DCA Submission**

87



**Cross River Bank**
**2115 Linwood Avenue**
**Fort Lee, NJ 07024**

**(201) 808-7000**

9/6/2025

Lindon Voglezon

Simi Valley CA

Re: Loan Application through RocketLoans.com

Dear Lindon Voglezon,

Thank you for your recent application for a loan from Cross River Bank through
RocketLoans.com. Your request for a loan was carefully considered, and we regret
that we are unable to approve your application at this time, for the following
reason(s):

Your Credit History:

- Proportion of balances to credit limits is too high on bank revolving or other
  revolving accounts
- Number of accounts with delinquency

Your Income:

- does not meet our allowable threshold when combined with your outstanding
  current obligations

The consumer reporting agency contacted that provided information that influenced
our decision in whole or in part was:

Equifax, P.O. Box 740241, Atlanta GA 30374, (800) 685-1111.

The reporting agency played no part in our decision and is unable to supply specific
reasons why we have denied credit to you. You have a right under the Fair Credit
Reporting Act to know the information contained in your credit file at the consumer
reporting agency. You also have a right to a free copy of your report from the
reporting agency, if you request it no later than 60 days after you receive this notice.
In addition, if you find that any information contained in the report you received is

**Exhibit Aa - Rocket Loan Denial**

inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Any questions regarding such information should be directed to Equifax. Our credit decision may also have been based in whole or in part on information obtained from Rocket Loans, which is an outside source other than the credit reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after receipt of this notice, for disclosure of the nature of this information. Please direct your request to Rocket Loans, 1050 Woodward Ave, Detroit, MI 48226: Telephone 1-800-333-ROCK (1-800-333-7625).

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 696
Date: 9/6/2025

Scores range from a low of 300 to a high of 850.
Key factors that adversely affected your credit score:

- Proportion of balances to credit limits is too high on bank revolving or other revolving accounts
- Number of accounts with delinquency
- Proportion of loan balances to loan amounts is too high
- Too many accounts with balances
- Number of inquiries adversely affected the score - impact was not significant

If you have any questions regarding your credit score, you should contact Equifax at: Address: Equifax, P.O. Box 740241, Atlanta, GA 30374
Toll Free Telephone Number: (800) 685-1111

## NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is FDIC, Consumer Response Center, 1100 Walnut St., Box #11, Kansas City, MO 64106.

V7-2024.08.01

89

**Exhibit Aa - Rocket Loan Denial**

## Exhibit Ab - AMX Card Approval



## Pricing Summary

**Credit**One
BANK

### Interest Rates and Interest Charges

| | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | **28.74%** This APR will vary with the market based Prime Rate. |
| APR for Balance Transfers | **28.74%** This APR will vary with the market based Prime Rate. |
| APR for Cash Advances | **28.74%** This APR will vary with the market based Prime Rate. |
| Paying Interest | Your due date is at least 24 days after the close of each billing cycle. We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers from the posting date. |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $1.00. |
| For Credit Card Tips from the Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |

### Fees

| | |
|---|---|
| Annual Fee | NOTICE: The Annual Fee will be billed to your Account when it is opened and will reduce the amount of credit you initially have available. Based on your initial credit line of $1,500 your initial available credit will be only about $1,500.<br><br>You may still reject this plan, provided that you have not yet used the Account or paid a fee after receiving a billing statement. If you do reject the plan, you are not responsible for any fees or charges.<br><br>$0 |
| Transaction Fees<br>• Cash Advance Fee<br>• Balance Transfer Fee<br>• Foreign Transaction Fee | Either $10 or 5% of the amount of each Cash Advance, whichever is greater.<br>Either $10 or 5% of the amount of each Balance Transfer, whichever is greater.<br>Either $1 or 3% of the amount of each purchase in U.S. dollars, whichever is greater. |
| Penalty Fees<br>• Late Payment Fee<br>• Returned Payment Fee | Up to $39*<br>Up to $39** |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new Purchases)." See your Card Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Card Agreement.

**\*Late Payment Fee:** We will charge the maximum safe harbor amount, which is set annually in accordance with 12 C.F.R. 1026.52(b)(1)(ii)(D). Currently the fee is $29, unless you incurred a Late Payment Fee during the prior six billing cycles. If you did, the fee is currently $39. This fee will not exceed the related Minimum Payment that was due. We charge a Late Payment Fee to your Account if at least the Amount Due This Period (less any Late Payment Fee for the current billing cycle) plus any Past Due Amount is not received by 5:00 p.m. PT on the Payment Due Date shown on your statement.

**\*\*Returned Payment Fee:** We will charge the maximum safe harbor amount, which is set in annually in accordance with 12 C.F.R. 1026.52(b)(1)(ii)(D). If a payment is not honored upon first presentment, even if the payment is later honored, a Returned Payment Fee will be charged to your Account. Currently, the fee is $29, unless you incurred a Returned Payment Fee in the prior six billing cycles. If you did, the fee is currently $39. This fee will not exceed the related Minimum Payment that was due.

**Additional Rate Information:** Variable rates are based on the U.S. Prime Rate as of 08/06/2025. The Purchase and Balance Transfer APR equals the Prime Rate plus a margin of 21.24%. This corresponds to a monthly periodic rate of 2.39500%. The Cash Advance APR equals the Prime Rate plus a margin of 21.24%. This corresponds to a monthly periodic rate of 2.39500%.

**Minimum Payments:** You may pay the entire New Balance shown on your billing statement at any time. Each billing period you must pay at least the Minimum Payment Due by the Payment Due Date shown on your billing statement. The Minimum Payment Due will be the sum of:
• 5% of your outstanding balance, rounded up to the next whole dollar, or $30, whichever is greater;
• any Late Payment Fee for the current billing cycle; and
• any Past Due Amount (excluding any past due Late Payment Fees).



20850165 15810844103547(1)
0002147 0808  (A P. 1 OF 1)
0002737

**Exhibit Ab - AMX Card Approval**     2 of 3



3:05

< Back

# Statements

American Express 1165

Statement                    **New**   >
Posted: 09/17/25

Statement                              >
Posted: 08/17/25   Viewed: 09/24/25



**Exhibit Ab - AMX Card Approval**       3 of 3

92