Lindon Andre Voglezon II
Address: xxxx xxxxx, Simi Valley, CA, xxxxx
Phone: (xxx) xxx-9040
Email: bxxxxxxxxx@gmail.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
10:42
2025 OCT 24 AM 7:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

LINDON ANDRE VOGLEZON II,

   Plaintiff,

v.

VALENCIA B IMPORTS, INC. dba Valencia BMW;

CIG FINANCIAL, LLC dba AutoNation Finance;

   Defendants.

SACV25-2407-FWS(ADSx)

Case No.: ▓▓▓

Assigned to: Hon. [_____]    Magistrate: Hon. [_____]

**NOTICE OF INTERESTED PARTIES (L.R. 7.1-1 / Form CV-30)**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The undersigned, counsel or party appearing pro se, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff: LINDON ANDRE VOGLEZON II.

2. Defendants and any parent corporations and any publicly held company that owns 10% or more of any defendant's stock (identify each):

  • CIG FINANCIAL, LLC dba AutoNation Finance — Parent(s): **Unknown to Plaintiff at this time**; 10%+ owners: **Unknown to Plaintiff at this time.**

  • VALENCIA B IMPORTS, INC. dba AutoNation BMW Valencia — Parent(s): **Unknown to Plaintiff at this time**; 10%+ owners: **Unknown to Plaintiff at this time.**

3. Other entities with a financial interest (insurers, lienholders, assignees, etc.):

- **Unknown to Plaintiff at this time.**

- **Unknown to Plaintiff at this time.**

I will promptly file an amended Notice if any additional interested parties are identified.

Dated: 10/24, 2025

By: _____

LANDON ANDRE VOGLEZON II, Pro Se Plaintiff

Address: XXXXXXXX, Simi Valley, Ca, XXX

Phone: XXXX-9040

Email: bXXXX@gmail.com