Lindon Andre Voglezon II
Address: * * * * Simi Valley, CA, *****
Phone: (xxx) xxx-9046
Email: b*********@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
10:42
2025 OCT 24 AM 7:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

LINDON ANDRE VOGLEZON II,

   Plaintiff,

v.

VALENCIA B IMPORTS, INC. dba Valencia BMW;

CIG FINANCIAL, LLC dba AutoNation Finance;

   Defendants.

SACV25-2407-FWS (ADSx)

Case No.: _____

Assigned to: Hon. [_____]   Magistrate: Hon. [_____]

**RULE 7.1 CORPORATE DISCLOSURE STATEMENTS (Fed. R. Civ. P. 7.1)**

Pursuant to Fed. R. Civ. P. 7.1, each corporate defendant makes the following disclosures:

A. VALENCIA B IMPORTS, INC. dba Valencia BMW

  1. Parent corporation(s): **Unknown to Plaintiff at this time.**

  2. Publicly held corporation(s) owning 10% or more of its stock: **Unknown to Plaintiff at this time.**

B. CIG FINANCIAL, LLC dba AutoNation Finance

  1. Parent corporation(s)/members: **Unknown to Plaintiff at this time.**

  2. Publicly held corporation(s) owning 10% or more of its membership interests: **Unknown to Plaintiff at this time.**

Each corporate defendant will promptly file an amended disclosure as required by Rule 7.1(a)(2) if any material change occurs.

Dated: 10/24, 2025

By: *[signature]*

LINDON ANDRE VOGLEZON II, Pro Se Plaintiff

Address: XXXXXXXX, Simi Valley, Ca, XXX

Phone: XXXX-9040

Email: bXXXX@gmail.com