Civil Action No. **SACV25-2407-FWS(ADSX)**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*    **Valencia B Imports, Inc., dba Valencia BMW**
was received by me on  **November 6, 2025**

☐ I personally served the Summons; Complaint; Civil Cover Sheet; Exhibits on the individual at  2710 Gateway Oaks Drive 150N , Sacramento, CA 95833 on  1:13 PM

FILED
2025 NOV 12  PM 1:46
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

☐ I left the above listed documents at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)* and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **Rebecca Vang** , who is designated by law to accept service of process on behalf of **Valencia B Imports, Inc., dba Valencia BMW**  on  **November 7, 2025  1:13 PM**
**FRCP rule 4(h)(1)(A) and CCP 416.10(b)**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

**My fees are $ .00 for travel and $ 88.69 for services, for a total of $ 88.69**

**I declare under penalty of perjury that this information is true.**

**Date: 11/7/2025**

_____
*Server's signature*

**Keianna Hostetler**
*Printed name and title*

**USA Express Legal & Investigative Services, Inc.**
**21031 Ventura Blvd., Suite 1200,**
**Woodland Hills, CA 91364**
**(877) 872-3977**
*Server's Address*

A0440-PS359264