Civil Action No. **SACV25-2407-FWS(ADSX)**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **CIG Financial, LLC, dba Autonation Finance**
was received by me on **November 6, 2025**

☐ I personally served the Summons; Complaint; Civil Cover Sheet; Exhibits on the individual at 2710 Gateway Oaks Drive 150N , Sacramento, CA 95833 on  1:13 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on *(date)* and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **Rebecca Vang** , who is designated by law to accept service of process on behalf of  **CIG Financial, LLC, dba Autonation Finance**  on  **November 7, 2025  1:13 PM**
FRCP rule 4(h)(1)(A) and CCP 416.10(b)

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ 188.23 for services, for a total of $ 188.23

I declare under penalty of perjury that this information is true.

Date: 11/7/2025

*Server's signature*

**Keianna Hostetler**
*Printed name and title*

USA Express Legal & Investigative Services, Inc.
21031 Ventura Blvd., Suite 1200,
Woodland Hills, CA 91364
(877) 872-3977
*Server's Address*

FILED
2025 NOV 12 PM 1:46
CLERK U.S. DISTRICT COURT
LOS ANGELES, CA
BY___

A0440-PS359263