| | |
|---|---|
| 1 | Elizabeth L. Kolar, Esq. (SBN 168935) |
| 2 | Chad G. Chapman, Esq. (SBN 325365)<br>**KOLAR & ASSOCIATES,**<br>**A LAW CORPORATION** |
| 3 | 12241 Newport Avenue<br>Santa Ana, California 92705 |
| 4 | Tel   :        (714) 544-0041<br>Email :      chad@kolarandassociates.com |
| 5 | |
| 6 | Attorneys for Defendant,<br>**CIG FINANCIAL, LLC, DBA** |
| 7 | **AUTONATION FINANCE AND**<br>**VALENCIA B IMPORTS, INC. DBA** |
| 8 | **VALENCIA BMW** |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| LINDON ANDRE VOGLEZON II, | Case No.:  8:25-cv-02407-FWS-ADS |
| Plaintiff, | Case assigned to:<br>District Judge: Fred W. Slaughter |
| vs. | Magistrate Judge: Autumn D, Spaeth |
| CIG Financial, LLC, dba AUTONATION FINANCE; VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA" | **JOINT STIPULATION BY ALL PARTIES TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |
| Defendants | Complaint Filed: 10/24/2025<br>Complaint served: 11/07/2025<br>Current Response Date: 11/28/2025<br>New Response Date: 12/12/2025 |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between Plaintiff LINDON ANDRE VOGLEZON II, on the one hand, and Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW, on the other, through their respective counsel of record herein,

that:

1. The time for Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW to answer, move, or otherwise respond to the Complaint shall be extended by 14 days up to and including December 12, 2025.

2. This is the first extension of time to respond for Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW.

3. This extension will not affect any other deadlines in this case.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

IT IS SO STIPULATED.

DATED: November 26, 2025        **KOLAR & ASSOCIATES, A LAW CORPORATION**

By:  */s/ Chad Chapman*
ELIZABETH L. KOLAR, ESQ.
CHAD G. CHAPMAN, ESQ.
Attorneys for Defendant,
**CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW**

DATED: November 26, 2025        **PLAINTIFF LINDON ANDRE VOGLEZON II**

By:  [signature]
LINDON ANDRE VOGLEZON II
**IN PRO PER**

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: November 26, 2025          **KOLAR & ASSOCIATES,**
                                  **A LAW CORPORATION**


                          By:   */s/ Chad Chapman*
                                ELIZABETH L. KOLAR, ESQ.
                                CHAD G. CHAPMAN, ESQ.
                                Attorneys for Defendant,
                                **CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW**