Elizabeth L. Kolar, Esq. (SBN 168935)
Chad G. Chapman, Esq. (SBN 325365)
**KOLAR & ASSOCIATES,**
**A LAW CORPORATION**
12241 Newport Avenue
Santa Ana, California 92705
Tel    :    (714) 544-0041
Email :    chad@kolarandassociates.com

Attorneys for Defendant,
**CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| LINDON ANDRE VOGLEZON II,<br><br>        Plaintiff,<br>vs.<br><br>CIG Financial, LLC, dba AUTONATION FINANCE; VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA"<br><br>        Defendants | Case No.: 8:25-cv-02407-FWS-ADS<br><br>Case assigned to:<br>District Judge: Fred W. Slaughter<br>Magistrate Judge: Autumn D, Spaeth<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION BY ALL PARTIES TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: 10/24/2025<br>Complaint served: 11/07/2025<br>Current Response Date: 11/28/2025<br>New Response Date: 12/12/2025 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

On November 26, 2025, Plaintiff LINDON ANDRE VOGLEZON II and Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW submitted the Joint Stipulation by All Parties to Extend Defendants' Time to Respond to the Complaint.

1

The Court, having reviewed the Joint Stipulation, and with good cause showing, orders as follows:

1. The Joint Stipulation by All Parties to Extend Defendants' Time to Respond to the Complaint is granted.

2. Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW time to answer, move, or otherwise respond to the Complaint shall be extended by 14 days up to and including December 12, 2025.

3. Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW shall file their response to the Complaint by December 12, 2025.

**IT IS SO ORDERED**.

DATED: _____                    _____

U.S. DISTRICT JUDGE