NOTE: CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| LINDON ANDRE VOGLEZON II,<br><br>   Plaintiff,<br>   v.<br><br>CIG Financial, LLC, dba AUTONATION FINANCE; VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA,"<br><br>   Defendants. | Case No. 8:25-cv-02407-FWS-ADS<br><br>Case assigned to:<br>District Judge: Fred W. Slaughter<br>Magistrate Judge: Autumn D, Spaeth<br><br>**ORDER RE JOINT STIPULATION BY ALL PARTIES TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT [12]**<br><br>Complaint Filed: 10/24/2025<br>Complaint served: 11/07/2025<br>Current Response Date: 11/28/2025<br>New Response Date: 12/12/2025 |

On November 26, 2025, Plaintiff LINDON ANDRE VOGLEZON II, Defendant CIG FINANCIAL, LLC DBA AUTONATION FINANCE, and Defendant VALENCIA B IMPORTS, INC. DBA VALENCIA BMW submitted the Joint Stipulation by All Parties to Extend Defendants' Time to Respond to the Complaint [12] ("Stipulation"). Having reviewed and considered the Stipulation,

the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

1. The deadline for Defendant CIG FINANCIAL, LLC DBA AUTONATION FINANCE and Defendant VALENCIA B IMPORTS, INC. DBA VALENCIA BMW time to answer, move, or otherwise respond to the Complaint is **EXTENDED** by **14 days** to and including **December 12, 2025**.

2. The deadline for Defendant CIG FINANCIAL, LLC DBA AUTONATION FINANCE and Defendant VALENCIA B IMPORTS, INC. DBA VALENCIA BMW to file their response to the Complaint is **EXTENDED** to and including **December 12, 2025**.

**IT IS SO ORDERED**.

Dated:  December 3, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE