Elizabeth L. Kolar, Esq. (SBN 168935)
Chad G. Chapman, Esq. (SBN 325365)
**KOLAR & ASSOCIATES,**
**A LAW CORPORATION**
12241 Newport Avenue
Santa Ana, California 92705
Tel   :   (714) 544-0041
Email :   chad@kolarandassociates.com

Attorneys for Defendant,
**CIG FINANCIAL, LLC, DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE

| | |
|---|---|
| LINDON ANDRE VOGLEZON II,<br><br>Plaintiff,<br><br>vs.<br><br>CIG Financial, LLC, dba AUTONATION FINANCE; VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA"<br><br>Defendants | Case No.: 8:25-cv-02407-FWS-ADS<br><br>Hon. Fred W. Slaughter<br>United States District Court Judge<br>Courtroom: 10D<br><br>**[PROPOSED] ORDER RE DEFENDANTS CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW'S MOTION TO DISMISS THE COMPLAINT**<br><br>Complaint Filed:   October 24, 2025<br><br>Date:   January 29. 2026<br>Time:   1:30 PM<br>Courtroom:   10D |

1     On January 29, 2026, at 1:30 PM Defendants CIG FINANCIAL, LLC, DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW's Motion to Dismiss the Complaint came on for hearing before this Court. Appearances were stated on the record. The Court, having considered the arguments of all parties, both written and oral, and with good cause showing, rules as follows:

    Defendants CIG FINANCIAL, LLC, DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW's Motion to Dismiss the Complaint **IS GRANTED** in its entirety. Plaintiff LINDON ANDRE VOGLEZON II's Complaint is dismissed with prejudice and without leave to amend.

    **IT IS SO ORDERED**.

DATED: _____    _____

                                         HONORABLE FRED W. SLAUGHTER
                                         UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER RE DEFENDANTS CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW'S MOTION TO DISMISS THE COMPLAINT