Lindon Andre Voglezon II
b_____@gmail.com

Simi Valley, California, ___
___-9040
Plaintiff in Pro Per

Lodged
CLERK, U.S. DISTRICT COURT
DEC 22 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Lindon Andre Voglezon II,<br><br>Plaintiff,<br><br>vs.<br><br>CIG Financial, LLC, dba<br>AUTONATION FINANCE<br><br>VALENCIA B IMPORTS, INC., dba<br>VALENCIA BMW, also known as<br>"AUTONATION BMW VALENCIA"<br><br>Defendants. | Case No.: 8:25-cv-02407-FWS-ADS<br><br>Hon. Fred W. Slaughter<br>United States District Court Judge<br>Courtroom: 10D<br><br>**[PROPOSED] ORDER — Deny 12(b)(6); or Convert Under 12(d) and Grant Rule 56(d)**<br><br>*[Filed concurrently with Opposition To Defendant's Rule 12(b)(6), Objections to Extrinsic Evidence at Rule 12(b)(6), and Declaration Of Lindon Andre Voglezon II Pursuant To Fed. R. Civ. P. 56(d)]*<br><br>Complaint Filed:    October 24th, 2025<br><br>Date:    January 29th, 2026<br>Time:    1:30 PM<br>Courtroom:    10D |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Having considered Defendants' Motion to Dismiss under Rule 12(b)(6), the related papers, and good cause appearing, the Court ORDERS as follows:

1. **Primary Ruling (Pleading Standard).** The Court declines to consider materials outside the pleadings at this stage and DENIES Defendants' Motion to Dismiss.

2. **Alternative Ruling (If Court considers extrinsic materials).** In the alternative, to the extent the Court considered matters outside the pleadings, the Motion is CONVERTED to one for summary judgment under Rule 12(d), and Plaintiff's Rule 56(d) request is GRANTED.

    a. Within 45 days, Defendants shall produce targeted discovery limited to:

        i. the alleged credit application/authorization and **complete e-signature/system audit metadata** (hash, IP, device/browser, user credentials, timestamps);

        ii. **RouteOne/Dealertrack** submission histories and audit logs tied to Plaintiff;

        iii. **DMS** (dealership management system) deal/lead records and audit trails (create/modify/delete; user IDs; timestamps; Red Flags/OFAC; RBPN/AAN artifacts); and

        iv. any adverse-action/risk-based pricing notices and proof of mailing.

        v. the additional targeted categories of discovery described in Plaintiff's Rule 56(d) declaration (policies/training, NFCU-related communications, and communications regarding Plaintiff's deletion-letter request).

2

Plaintiff Lindon Andre Voglezon II [PROPOSED] ORDER — Deny 12(b)(6); or Convert Under 12(d) and Grant Rule 56(d)
CASE NO. 8:25-cv-02407-FWS-ADS

    b. Plaintiff may serve a **Rule 45 subpoena** on **Navy Federal Credit Union** for the call recording/notes referenced in the pleadings.

    c. Within 14 days after completion of the targeted discovery, the parties shall file a joint proposal for a brief supplemental summary-judgment schedule, if needed.

3. **Further Relief.** All other relief is **DENIED without prejudice.**

IT IS SO ORDERED.

Dated: _____, 2026

                                X_____
                                Hon. Fred W. Slaughter
                                UNITED STATES DISTRICT JUDGE

3

Plaintiff Lindon Andre Voglezon II [PROPOSED] ORDER — Deny 12(b)(6); or Convert Under 12(d) and Grant Rule 56(d)
CASE NO. 8:25-cv-02407-FWS-ADS