NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Elizabeth L. Kolar, Esq. SBN 168935
Chad G. Chapman, Esq. SBN 325365
KOLAR & ASSOCIATES,
A LAW CORPORATION
12241 Newport Avenue
Santa Ana, California 92705
elizabeth@kolarandassociates.com

ATTORNEY(S) FOR: Defendants CIG Financial, LLC et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lindon Andre Voglezon II | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:25-cv-02407-FWS-ADS |
| v. | |
| CIG Financial, LLC dba AutoNation Finance and Valencia B Imports, Inc. dba Valencia BMW | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ CIG Financial, LLC dba AutoNation Finance _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CIG Financial, LLC dba AutoNation Finance | Real Party in Interest |
| AutoNation Enterprises, Inc., a Florida Corporation | 100% Ownership Interest of CIG Financial, LLC dba AutoNation Finance |
| Auto Holdings, LLC, a Delaware Limited Liability Company | 100% Ownership Interest of AutoNation Enterprises, Inc. |
| AutoNation, Inc., a Delaware Publicly Traded Corporation | 100% Ownership Interest of Auto Holdings, LLC |

January 14, 2026
_____
Date

*Chad Chapman*
_____
Signature

Attorney of record for (or name of party appearing in pro per):

CIG Financial, LLC dba AutoNation Finance
_____