| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Elizabeth L. Kolar, Esq. SBN 168935<br>Chad G. Chapman, Esq. SBN 325365<br>KOLAR & ASSOCIATES,<br>A LAW CORPORATION<br>12241 Newport Avenue<br>Santa Ana, California 92705<br>elizabeth@kolarandassociates.com<br><br>ATTORNEY(S) FOR: Defendants CIG Financial, LLC et al. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindon Andre Voglezon II<br><br>Plaintiff(s),<br>v.<br>CIG Financial, LLC dba AutoNation Finance and Valencia B Imports, Inc. dba Valencia BMW<br><br>Defendant(s) | CASE NUMBER:<br><br>8:25-cv-02407-FWS-ADS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Valencia B Imports, Inc. dba Valencia BMW or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Valencia B Imports, Inc. dba Valencia BMW | Real Party in Interest |
| Valencia B Imports Holding, LLC, a Delaware Limited Liability Company | 100% Ownership Interest of Valencia B Imports, Inc. dba Valencia BMW |
| AutoNation Enterprises, Inc., a Florida Corporation | 100% Ownership Interest of Valencia B Imports Holding, LLC |
| Auto Holdings, LLC, a Delaware Limited Liability Company | 100% Ownership Interest of AutoNation Enterprises, Inc. |
| AutoNation, Inc., a Delaware Publicly Traded Corporation | 100% Ownership Interest of Auto Holdings, LLC |

January 14, 2026   *Chad Chapman*
Date                Signature

Attorney of record for (or name of party appearing in pro per):

Valencia B Imports, Inc. dba Valencia BMW