# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 25-02407-FWS (ADSx) | Date | February 2, 2026 |
| Title | Lindon Andre Voglezon, II v. CIG Financial, LLC et al | | |

**PRESENT:** **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Courtroom Deputy

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than **February 5, 2026**, why this action should not be dismissed for lack of prosecution for failure to file a joint report (FRCivP 26) as required by this Court's Order Setting Scheduling Conference (Doc. \*\*).  Plaintiff shall file a written response to this OSC explaining the failure to comply with this Court's Order Setting Scheduling Conference, which response shall be accompanied by the filing of the parties' Joint Report, including a completed Schedule of Pretrial and Trial Dates Worksheet.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the required documents on or before the date upon which a response by plaintiffs is due.  Failure to timely and adequately respond will result in the dismissal of this action without further notice.

The court CONTINUES the Scheduling Conference to **February 19, 2026, at 9:00 a.m.**

                                                                                            \_\_\_\_\_  :  \_\_\_\_\_
                                                        Initials of Deputy Clerk    rrp