```
Lindon Andre Voglezon II
b█████@gmail.com
███████████
Simi Valley, California, ███
███-9040
Plaintiff in Pro Per
```

FILED
2026 FEB 17 PM 3: 14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Lindon Andre Voglezon II,<br>　　　　Plaintiff,<br>　　vs.<br>CIG Financial, LLC, dba AUTONATION FINANCE<br><br>VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA"<br>　　　　Defendants. | Case No.: 8:25-cv-02407-FWS-ADS<br><br>Hon. Fred W. Slaughter<br>United States District Court Judge<br>Courtroom: 10D<br><br>**EX PARTE APPLICATION FOR ORDER GRANTING NUNC PRO TUNC EXTENSION OF TIME TO FILE RULE 26(f) JOINT REPORT AND SCHEDULE WORKSHEET; DECLARATION OF LINDON ANDRE VOGLEZON II**<br><br>*[Filed concurrently with Plaintiff's Response to OSC re Dismissal for Lack of Prosecution, Declaration of Lindon Andre Voglezon II, the Joint Rule 26(f) Report, the Schedule of Pretrial and Trial Dates Worksheet, and the [Proposed] Order.]* |

Plaintiff Lindon Andre Voglezon II, pro se, respectfully applies ex parte for a brief nunc pro tunc extension of time to file the Federal Rule of Civil Procedure 26(f) Joint Report and the Court's Schedule of Pretrial and Trial Dates Worksheet referenced in the Court's Order to Show Cause re Dismissal for Lack of Prosecution (Dkt. 23).

Good cause exists. Plaintiff did not have actual notice of the OSC and the related deadline until February 11, 2026, when Plaintiff appeared at the Clerk's Office and was advised that an OSC had issued. Plaintiff acted promptly upon learning of the issue, immediately contacted defense counsel to schedule the Rule 26(f) conference, and has completed the conference and prepared the Joint Rule 26(f) Report and completed Schedule Worksheet, which are being filed concurrently with this application.

This request is narrow, made in good faith, and intended to cure the procedural deficiency promptly without prejudice to Defendants.

Plaintiff therefore requests an order: (1) extending the deadline nunc pro tunc to February 17, 2026 for filing the Rule 26(f) Joint Report and Schedule Worksheet; and (2) discharging the OSC upon the Court's acceptance of the concurrent filings.

DATED: February 17, 2026

x _____

Lindon Andre Voglezon II

Plaintiff, pro se