LODGED

1  Lindon Andre Voglezon II
2  b▇▇▇▇▇@gmail.com         2026 FEB 17 PM 3: 13
3  ▇▇▇▇▇▇▇▇▇▇               CLERK U.S. DISTRICT COURT
                            CENTRAL DIST. OF CALIF.
                            LOS ANGELES
4  Simi Valley, California, ▇▇▇   BY: _____
5  ▇▇▇-9040
6  Plaintiff in Pro Per
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
               **SOUTHERN DIVISION – SANTA ANA**
10

| | |
|---|---|
| Lindon Andre Voglezon II, | Case No.: 8:25-cv-02407-FWS-ADS |
| Plaintiff, | Hon. Fred W. Slaughter<br>United States District Court Judge |
| vs. | Courtroom: 10D |
| CIG Financial, LLC, dba AUTONATION FINANCE | **[PROPOSED] ORDER GRANTING NUNC PRO TUNC EXTENSION AND DISCHARGING OSC** |
| VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA"<br>Defendants. | *[Filed concurrently with Plaintiff's Ex Parte Application for Nunc Pro Tunc Extension of Time, Plaintiff's Response to OSC re Dismissal for Lack of Prosecution, Declaration of Lindon Andre Voglezon II, the Joint Rule 26(f) Report, and the Schedule of Pretrial and Trial Dates Worksheet.]* |

1  The Court GRANTS Plaintiff's Ex Parte Application. The deadline to file the Rule
2  26(f) Joint Report and the Schedule of Pretrial and Trial Dates Worksheet is
3  extended nunc pro tunc to February 17, 2026. The OSC (Dkt. 23) is
4  DISCHARGED.
5
6  IT IS SO ORDERED.
7
   Dated: _____
8
9  _____
10  HON. FRED W. SLAUGHTER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28