1  Lindon Andre Voglezon II
2  b███████@gmail.com
3  ███████████████
4  Simi Valley, California, ███
5  ████-9040
6  Plaintiff in Pro Per

FILED
2026 FEB 17 PM 3: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Lindon Andre Voglezon II,<br>　　　　Plaintiff,<br>　　vs.<br>CIG Financial, LLC, dba<br>AUTONATION FINANCE<br><br>VALENCIA B IMPORTS, INC., dba<br>VALENCIA BMW, also known as<br>"AUTONATION BMW VALENCIA"<br>　　　　Defendants. | Case No.: 8:25-cv-02407-FWS-ADS<br><br>Hon. Fred W. Slaughter<br>United States District Court Judge<br>Courtroom: 10D<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**<br><br>*[Filed concurrently with Plaintiff's Ex Parte Application for Nunc Pro Tunc Extension of Time, Declaration of Lindon Andre Voglezon II, the Joint Rule 26(f) Report, the Schedule of Pretrial and Trial Dates Worksheet, and the [Proposed] Order.]* |

Plaintiff Lindon Andre Voglezon II, pro se, respectfully responds to the Court's February 2, 2026 Order to Show Cause re Dismissal for Lack of Prosecution (Dkt. 23):

1. **Plaintiff intends to prosecute this action.** Plaintiff has not abandoned this case and intends to proceed on the merits. Plaintiff has continued to take steps to litigate the action, including appearing at the Clerk's Office on February 11, 2026 in connection with filing/lodging Plaintiff's First Amended Complaint consistent with the Court's prior order granting leave to amend.

2. **Cause for the missed deadline.** Plaintiff did not have actual notice of the OSC and the related deficiency until February 11, 2026, when Plaintiff learned of the OSC during the Clerk's Office visit described above. Plaintiff therefore could not respond by February 5, 2026.

3. **Immediate cure.** Upon learning of the OSC, Plaintiff acted promptly. Plaintiff contacted defense counsel to request the Rule 26(f) conference, completed the conference, and is filing the Joint Rule 26(f) Report and the completed Schedule of Pretrial and Trial Dates Worksheet concurrently with this response.

4. **Requested relief.** Plaintiff respectfully requests that the Court discharge the OSC and decline to dismiss for lack of prosecution, and grant Plaintiff's concurrently-filed request for a brief nunc pro tunc extension to treat the Rule 26(f) Joint Report and Schedule Worksheet as timely filed as of February 17, 2026.

DATED: February 17, 2026

x /s/ Lindon Voglezon II

Lindon Andre Voglezon II, Plaintiff pro se