FILED

2026 FEB 17  PM 3: 14

CLERK U S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

Lindon Andre Voglezon II
b████████gmail.com
████████████████
Simi Valley, California, ████
████-9040
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Lindon Andre Voglezon II, <br> Plaintiff, <br> vs. <br> CIG Financial, LLC, dba AUTONATION FINANCE <br><br> VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA" <br> Defendants. | Case No.: 8:25-cv-02407-FWS-ADS <br><br> Hon. Fred W. Slaughter <br> United States District Court Judge <br> Courtroom: 10D <br><br> **DECLARATION OF LINDON ANDRE VOGLEZON II** <br><br> *[Filed concurrently with Plaintiff's Ex Parte Application for Nunc Pro Tunc Extension of Time, Plaintiff's Response to OSC re Dismissal for Lack of Prosecution, the Joint Rule 26(f) Report, the Schedule of Pretrial and Trial Dates Worksheet, and the [Proposed] Order.]* |

I, Lindon Andre Voglezon II, declare:

1. I am Plaintiff in this action and make this declaration based on personal knowledge.
2. On February 11, 2026, I appeared at the Clerk's Office in connection with filing/lodging my First Amended Complaint. During that visit, I was informed that the Court had issued an Order to Show Cause on February 2, 2026, with a response deadline of February 5, 2026.
3. Prior to February 11, 2026, I did not have actual notice of the OSC or that my response was due on February 5, 2026.
4. Immediately upon learning of the OSC, I prepared my response and promptly contacted defense counsel to request an expedited Rule 26(f) conference and a prompt schedule for filing the Joint Rule 26(f) Report and the completed Schedule of Pretrial and Trial Dates Worksheet.
5. The Parties completed the Rule 26(f) conference, and the Joint Rule 26(f) Report and completed Schedule Worksheet are being filed concurrently with this declaration.
6. I intend to prosecute this action diligently and comply with the Court's deadlines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 17, 2026, at Los Angeles, California.

Lindon Andre Voglezon II