UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:25-cv-02407-FWS-ADS                                         Date: February 25, 2026
Title: Lindon Andre Voglezon II v. CIG Financial, LLC et al.

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING AS MOOT *EX PARTE* APPLICATION FOR ORDER GRANTING NUNC PRO TUNC EXTENSION OF TIME TO FILE RULE 26(F) JOINT REPORT AND SCHEDULE WORKSHEET [26]; ORDER DISCHARGING ORDERS TO SHOW CAUSE [23] [24]**

     The Court has reviewed and considered the *Ex Parte* Application for Order Granting Nunc Pro Tunc Extension of Time to File Rule 26(f) Joint Report and Schedule Worksheet, (Dkt. 26 ("Application")), filed on February 17, 2026, by Plaintiff Lindon Andre Voglezon II ("Plaintiff"). In the Application, "Plaintiff . . . requests an order: (1) extending the deadline nunc pro tunc to February 17, 2026 for filing the Rule 26(f) Joint Report and Schedule Worksheet; and (2) discharging the OSC upon the Court's acceptance of the concurrent filings." (Application at 2.) On February 17, 2026, after the Application was filed, the Court received the parties' Joint Rule 26(f) Report. (Dkt. 28 ("Report").) Thereafter, the court issued the operative Scheduling Order in the case. (Dkt. 31 ("Scheduling Order").) In light of the filing of the Report and the issuance of the Scheduling Order, the Court **DENIES AS MOOT** the Application. The court also **DISCHARGES** the Court's February 2, 2026, Order to Show Cause, (Dkt. 23), and the Court's February 12, 2026, Order to Show Cause, (Dkt. 24).

                                                          Initials of Deputy Clerk:  rrp