Elizabeth L. Kolar, Esq. (SBN 168935)
Chad G. Chapman, Esq. (SBN 325365)
**KOLAR & ASSOCIATES,**
**A LAW CORPORATION**
12241 Newport Avenue
Santa Ana, California 92705
Tel    :        (714) 544-0041
Email :        chad@kolarandassociates.com

Attorneys for Defendant,
**CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDON ANDRE VOGLEZON II, <br><br> Plaintiff, <br><br> vs. <br><br> CIG Financial, LLC, dba AUTONATION FINANCE; VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA" <br><br> Defendants | Case No.: 8:25-cv-02407-FWS-ADS <br><br> Case assigned to: <br> District Judge: Fred W. Slaughter <br> Magistrate Judge: Autumn D, Spaeth <br><br> **JOINT STIPULATION BY ALL PARTIES TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** <br><br> FAC Filed: 02/11/2026 <br> FAC served: 02/13/2026 <br> Current Response Date: 02/27/2026 <br> New Response Date: 03/06/2026 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

IT IS HEREBY STIPULATED by and between Plaintiff LINDON ANDRE VOGLEZON II, on the one hand, and Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW, on the other, through their respective counsel of record herein,

1

that:

1. The time for Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW to answer, move, or otherwise respond to the First Amended Complaint shall be extended by 7 days up to and including March 6, 2026.

2. This is the first extension of time to respond to the First Amended Complaint for Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW.

3. This extension will not affect any other deadlines in this case.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

IT IS SO STIPULATED.

DATED: February 27, 2026            **KOLAR & ASSOCIATES,**
                                    **A LAW CORPORATION**

                            By:     */s/ Chad Chapman*
                                    ELIZABETH L. KOLAR, ESQ.
                                    CHAD G. CHAPMAN, ESQ.
                                    Attorneys for Defendant,
                                    **CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW**

DATED: February 27, 2026            **PLAINTIFF LINDON ANDRE VOGLEZON II**

                            By:     [signature]
                                    LINDON ANDRE VOGLEZON II
                                    **IN PRO PER**

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: February 27, 2026      **KOLAR & ASSOCIATES,**
**A LAW CORPORATION**

By:   */s/ Chad Chapman*
ELIZABETH L. KOLAR, ESQ.
CHAD G. CHAPMAN, ESQ.
Attorneys for Defendant,
**CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW**