NOTE: CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDON ANDRE VOGLEZON II,<br><br>Plaintiff,<br><br>v.<br><br>CIG Financial, LLC, dba AUTONATION FINANCE; VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA,"<br><br>Defendants. | Case No. 8:25-cv-02407-FWS-ADS<br><br>**ORDER RE JOINT STIPULATION BY ALL PARTIES TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT [33]** |

  Having reviewed and considered the Joint Stipulation by All Parties to Extend Defendants' Time to Respond to the First Amended Complaint [33] ("Stipulation"), between Plaintiff LINDON ANDRE VOGLEZON II and Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

1. The deadline for Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW to answer, move, or otherwise respond to the First Amended Complaint is **EXTENDED** to and including **March 6, 2026**.

2. Defendants CIG FINANCIAL, LLC DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW shall file their response to the First Amended Complaint on or before **March 6, 2026**.

**IT IS SO ORDERED**.

Dated: March 2, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE