Elizabeth L. Kolar, Esq. (SBN 168935)
Chad G. Chapman, Esq. (SBN 325365)
**KOLAR & ASSOCIATES,**
**A LAW CORPORATION**
12241 Newport Avenue
Santa Ana, California 92705
Tel     :        (714) 544-0041
Email :        chad@kolarandassociates.com

Attorneys for Defendant,
**CIG FINANCIAL, LLC, DBA**
**AUTONATION FINANCE and**
**VALENCIA B IMPORTS, INC. DBA**
**VALENCIA BMW**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE

| | |
|---|---|
| LINDON ANDRE VOGLEZON II,<br><br>            Plaintiff,<br><br>vs.<br><br>CIG Financial, LLC, dba AUTONATION FINANCE; VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA"<br><br>            Defendants | Case No.: 8:25-cv-02407-FWS-ADS<br><br>Hon. Fred W. Slaughter<br>United States District Court Judge<br>Courtroom: 10D<br><br>**DECLARATION OF CHAD G. CHAPMAN IN SUPPORT OF DEFENDANTS CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:     October 24, 2025<br><br>Date:                       April 9. 2026<br>Time:                      10:00 AM<br>Courtroom:             10D |

<u>DECLARATION OF CHAD G. CHAPMAN</u>

I, Chad G. Chapman, declare as follows:

1. I am an attorney duly licensed to practice law before all of the Courts of the State of California and the United States District Court for the Central District of California. I am an attorney in the firm of Kolar & Associates, A Law Corporation (the "Firm") counsel of record for Defendants CIG Financial, LLC, dba AutoNation Finance and Valencia B Imports, Inc. dba Valencia BMW (collectively "Defendants").

2. I am the senior attorney at the Firm handling the defense of this matter and, as such, am familiar with the files maintained by the Firm related to this action, including the Complaint and First Amended Complaint filed by Plaintiff Lindon Andre Voglezon II ("Plaintiff"). This Declaration is made of my own personal knowledge; where I do not have personal knowledge I have personal access to the files, documents, and information related to this matter that the Firm keeps in its custom and practice that comprise the facts below. If called upon as a witness I could and would competently testify to these matters.

3. On March 6, 2026, I met and conferred with Plaintiff, who represents himself in pro per, via video conference over Microsoft Teams virtual platform.

4. During the conference, the Parties discussed the issues that form the basis for this Motion to Dismiss. Including, Defendants' contention that Plaintiff failed to state a claim on which relief could be granted and that Plaintiff's signature on the credit application authorizing the credit inquiry is an absolute defense and bar to recovery for the claims Plaintiff alleged in the First Amended Complaint.

5. Plaintiff indicated that he wished to move forward with the First Amended Complaint as is, despite Defendnats' concerns.

6. Thus, Defendants filed this Motion to Dismiss Plaintiff's First Amended Complaint.

1      7.     Attached as **Exhibit 1** is a true and correct copy of the credit
2 application, with necessary information redacted, that Plaintiff signed during the
3 purchase of the 2023 Lexus ES350 with VIN 58ADA1C16PU033357 that
4 accompanied the sales file.

5      I declare under penalty of perjury under the laws of the United States of
6 America that the foregoing is true and correct. Executed this 6th day of March,
7 2026, at Santa Ana, California.

                         */s/ Chad Chapman*
                         CHAD G. CHAPMAN, ESQ., Declarant

# EXHIBIT 1

# SECTION A
# CREDIT APPLICATION
(Check appropriate box below)   IMPORTANT: READ THESE DIRECTIONS BEFORE COMPLETING THIS APPLICATION   (Purchase / Lease)

☐ If you are applying for individual credit in your own name, are not married (or not a resident of a community property state), and are not relying on alimony, child support, or separate maintenance payments or on the income or assets of another person as the basis for repayment of the credit requested, complete all sections except Section C.

☐ In all other situations, complete all sections and, in Sections C and D, include information about the joint applicant, your spouse, or other person on whose alimony, support, or maintenance payment or income or assets you are relying.

If you intend to apply for joint credit, please initial here.

APPLICANT _____ JOINT APPLICANT _____
NOTE: APPLICANT, IF MARRIED, MAY APPLY FOR A SEPARATE ACCOUNT.

| SELLER | STOCK NO. | V.I.N. | DATE | AMOUNT REQUESTED $ |

## SECTION B. Information Regarding Applicant:
E-MAIL ADDRESS: _____   CELL PHONE: _____

LAST NAME (PRINT): **Voglezon II**   FIRST: **Lindon**   INITIAL: **A**   AGES OF DEPENDENTS: _____   ☐ MARRIED ☐ UNMARRIED ☐ SEPARATED

ADDRESS: **2572 Fitzgerald Rd**   CITY: **Simi Valley**   STATE: **CA**   ZIP: **93065**   HOME PHONE: **(909) 641-9040**   HOW LONG AT THIS ADDRESS? **6** YRS. ___ MOS.

PREVIOUS ADDRESSES (TO COVER 5 YEARS' RESIDENCE): _____

PRESENT EMPLOYER: **CLV Strategies & Holding, LLC**   OCCUPATION OR RANK: **Executive Protection**   WAGES/SALARY-GROSS: $___ ☐ Per Week ☐ Per Month ☐ Per Year   HOW LONG EMPLOYED? **6** YRS. ___ MOS.

PRESENT EMPLOYER'S ADDRESS: **30 N Gould St, Ste R**   CITY: **Sheridan**   STATE: **WY**   ZIP: **82801**   WORK PHONE: **(909) 641-9040**   HOW LONG EMPLOYED? **6** YRS. ___ MOS.

PREVIOUS EMPLOYMENT (TO COVER 5 YEAR HISTORY): _____

NEAREST RELATIVE NOT LIVING WITH APPLICANT: _____
OTHER REFERENCE: _____

### INCOME:
Applicant's gross monthly income from employment ............... $ _____
Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.
Alimony, child support, separate maintenance received under:   court order ☐   written agreement ☐   oral understanding ☐   AMOUNT $ _____
Amount of other monthly income and source(s) ............... $ _____

## SECTION C. Information Regarding Spouse (in community property states), or Co-Applicant (Use separate sheets if necessary)   TOTAL MONTHLY INCOME _____

[Section C blank]

## SECTION D. Asset and Debt Information: List all Debts including Alimony, Child Support, Separate Maintenance. (Use a Separate Page if Necessary)   TOTAL MONTHLY INCOME $ _____

LANDLORD OR MORTGAGE HOLDER (APPLICANT):  ☑ YES  ☐ NO

[Remaining asset/debt fields blank]

| BANK REFERENCE | BRANCH | | | ACCT. NO. | | ☐ SAVINGS ☐ LOAN | BALANCE $ BALANCE $ | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | MILITARY RESERVE | ☐ YES ☐ NO | ☐ ACTIVE ☐ INACTIVE |

| HAVE YOU EVER HAD ANY PROPERTY REPOSSESSED WITHIN THE PAST 7 YEARS? | ☐ YES ☐ NO | DO YOU HAVE ANY LAWSUITS PENDING AGAINST YOU? | ☐ YES ☐ NO | HAVE YOU FILED BANKRUPTCY IN THE PAST 4 YEARS? | ☐ YES ☐ NO |
|---|---|---|---|---|---|

| HAVE YOU EVER APPLIED FOR CREDIT IN ANOTHER NAME? | ☐ YES ☐ NO | IF YES, WHAT NAME: | | |
|---|---|---|---|---|
| | | ADDRESS | CITY | STATE ZIP PHONE |

PERSONAL FRIENDS KNOWN OVER ONE YEAR
1. _____ ADDRESS _____ CITY _____ STATE ZIP PHONE
2. _____

**SECTION E. INSURANCE**—IF YOU WISH TO APPLY FOR VEHICLE INSURANCE IN CONNECTION WITH THIS CREDIT APPLICATION, COMPLETE THE FOLLOWING:

Notice: No person is required as a condition precedent to financing the purchase of a vehicle to purchase insurance through a particular insurance company, agent or broker.

WHERE WILL VEHICLE BE GARAGED? _____ POLICY NO. _____

PREVIOUS INSURANCE CO. OR AGENT (NAME AND ADDRESS) _____ NO. OF INSURANCE LOSSES IN PAST 5 YEARS _____ TOTAL AMOUNT OF LOSSES $ _____

HAS YOUR INSURANCE EVER BEEN CANCELLED BY ANY COMPANY? ☐ YES ☐ NO  IF SO WHY? _____

**FINANCIAL INSTITUTION**

**ADDRESS**

**SECTION F.** The undersigned (1) make the above representations, which are certified to be correct, for the purpose of securing credit; (2) authorize us, the financial institution(s) and our respective affiliates to gather whatever credit and employment history it considers necessary and appropriate to determine creditworthiness; (3) understand that we or any financial institution to whom this application is submitted, will retain this application and all related materials whether or not it is approved, and that it is the applicant's responsibility to provide notice of any change of name, address, or employment; (4) authorize us, the financial institution(s) and our respective affiliates to obtain consumer credit reports and investigate your credit history in connection with this Credit Application and any update, review, collection, or modification of the credit extended and to answer questions about our credit experience with you consistent with your request for financing and applicable law, (5) agree that we and any assignee of the financing contract or lease may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows; and (6) agree that we and any assignee of the financing contract or lease may try to contact you in these and other ways at an address or telephone number that you provided, even if the telephone number is a cell phone number or the contact results in a charge to you.

This Credit Application may be submitted to various financial institution(s), including those named below, in connection with the purchase or approval of a sales finance contract written, or to be written, with your purchase. You are notified pursuant to the Fair Credit Reporting Act that your application may be submitted to them.

APPLICANT HEREBY ACKNOWLEDGES HAVING READ AND COMPLETED THIS CREDIT APPLICATION

X _[signature]_  7/15/25    X _____
APPLICANT'S SIGNATURE    DATE      CO-APPLICANT'S SIGNATURE    DATE

PLEASE SEE THE REVERSE SIDE FOR STATE SPECIFIC NOTICES.

SR-ANCA-750 (Rev. 4/20)    TO REORDER CALL 866-258-9581 #8652719

## STATE NOTICES

**ARIZONA, CALIFORNIA, IDAHO, LOUISIANA, NEVADA, NEW MEXICO, TEXAS, WASHINGTON, OR WISCONSIN RESIDENTS:** If you, the applicant, are married and live in a community property state, you should also provide the personal credit information on your spouse in the co-applicant section. Your spouse is not required to be a co-applicant for the credit requested unless he/she wishes to be a co-applicant.

**CALIFORNIA RESIDENTS:** Regardless of your marital status, you may apply for credit in your name alone.

**MAINE RESIDENTS:** Consumer reports (credit reports) may be requested in connection with this application. Upon request, you will be informed whether or not a consumer report was requested and, if it was, of the name and address of the consumer reporting agency that furnished the report.

**MAINE, RHODE ISLAND OR TENNESSEE RESIDENTS:** You must have physical damage insurance covering loss or damage to the vehicle for the term of any contract. For a lease, you must also have the liability insurance described in the lease. You may buy this insurance from anyone you choose. You do not have to buy it from someone affiliated with the dealer or an assignee of the contract. Your choice of insurance will not affect the credit approval process unless the insurance does not satisfy the contract requirements or the insurance company does not satisfy the reasonable standards of the dealer or an assignee of the contract.

**NEW HAMPSHIRE RESIDENTS:** If this is an application for balloon financing, you are entitled to receive, upon request, a written estimate of the monthly payment amount that would be required to refinance the balloon payment at the time such payment is due based on the creditor's existing refinance programs.

**NEW YORK RESIDENTS:** Consumer reports may be requested in connection with the processing of your application and any resulting account. Upon request, we will inform you of the names and addresses of any consumer reporting agencies which have provided us with such reports.

**OHIO RESIDENTS:** Ohio laws against discrimination require that all creditors make credit equally available to creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**RHODE ISLAND RESIDENTS:** Consumer reports may be requested in connection with this application.

**WISCONSIN RESIDENTS:**

Please Indicate:  ☐ Married
☐ Unmarried (includes single, divorced, widowed)
☐ Separated

If married or separated and spouse is not a co-applicant please provide,

Non-applicant spouse's name _____

Non-applicant spouse's address _____

marital property agreement, a unilateral statement under Wisconsin Statutes §766.59 or a court decree under Wisconsin Statutes §766.70, unless you furnish a copy of such agreement, statement or decree to the creditor, or the credit has actual knowledge of such provision before credit is granted.

NON-APPLICANT SPOUSE'S WAIVER OF NOTICE: I agree to waive notice of any extension of credit in connection with this application.

Non-applicant spouse signs (if available) _____ Date _____

**VERMONT RESIDENTS:** The creditor may obtain credit reports about you on an ongoing basis in connection with this extension of credit transaction for any one or more of the following reasons: (1) reviewing the account; (2) taking collection action on the account; or (3) any other legitimate purposes associated with the account.

# RouteOne® Credit Application: Applicant

| Title (optional) | Last Name | First | Middle | SSN |
|---|---|---|---|---|
| | VOGLEZON | LINDON | | |

| Present Address Line 1 | Time at Present Address | Driver's License # / State |
|---|---|---|
| 2572 FITZGERALD RD | 6 years 0 months | |

| Present Address Line 2 | City | County | State | ZIP |
|---|---|---|---|---|
| | Simi Valley | VENTURA | CA | 93065-5044 |

| Previous Address Line 1 | Time at Previous Address | Present Address Urbanization Code |
|---|---|---|

| Previous Address Line 2 | City | State | ZIP |
|---|---|---|---|

| Home Phone | Cellular Phone |
|---|---|
| (909) 641-9040 | |

Education

| No. of Dependents | Preferred Email |
|---|---|

| Current Employment Title | Employment Status | Employment Type |
|---|---|---|
| EXECUTIVE PROTECTION | Full Time | |

Current Employer
LV STRATEGIES & HOLDINGS LLC

Current Employer Address Line 1

| Current Employer Address Line 2 | City | State | ZIP |
|---|---|---|---|

| Current Employer Phone Number | Business Ph. Ext.# | Time at Current Job | Business Email Address |
|---|---|---|---|
| (909) 641-9040 | | 6 years 0 months | |

| Previous Employer | Previous Occupation | Previous Employer Phone Number | Time at Previous Job |
|---|---|---|---|

Previous Employer Address Line 1

| Previous Employer Address Line 2 | City | State | ZIP |
|---|---|---|---|

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| Gross Income | Income Received | Other Income Source | Other Income | Other Income Received | Monthly Support/Alimony Received |
|---|---|---|---|---|---|
| | Monthly | | | | |

Residence Type
Renting/Leasing

| Landlord Name / Mortgage Co. | Landlord / Mortgage Phone Number | Monthly Rent / Mortgage Payment |
|---|---|---|

| Bank Name | Bank Account Type Code |
|---|---|

| Creditor Reference #1 - Name / Address | Creditor Balance #1 | Creditor Monthly Payment #1 |
|---|---|---|

| Creditor Reference #2 - Name / Address | Creditor Balance #2 | Creditor Monthly Payment #2 |
|---|---|---|

| Company Financing Auto Loan | Previous Auto Loan Acct # | Previous Auto Loan Balance | Previous Auto Loan Monthly Payment |
|---|---|---|---|

| Nearest Relative Last Name | First | Nearest Relative Address Line 1 | Relationship | Phone # |
|---|---|---|---|---|

| Nearest Relative Address Line 2 | City | State | ZIP |
|---|---|---|---|

| Additional Reference #1 - Last Name | First Name | Address | City | State | ZIP | Phone |
|---|---|---|---|---|---|---|

| Additional Reference #2 - Last Name | First Name | Address | City | State | ZIP | Phone |
|---|---|---|---|---|---|---|

| Bankruptcy Indicator | Bankruptcy Date | Repossession Indicator | Repossession Date |
|---|---|---|---|

**RouteOne**

Credit Application

**RouteOne Disclosure:**

California Residents    Applicant, if married, may apply for a separate account.

[X] You are applying for individual credit in your own name and are relying on your own income or assets and not the income or assets of another person as the basis for repayment of the credit requested.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT -
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

By signing this application:

I authorize dealer and any finance company, bank or other financial institution to which the dealer submits my application ("you") to investigate my credit and employment history, verify my income, obtain credit reports, and release information about your credit experience with me as the law permits.

I further authorize you to forward my application and all related information to other creditors for evaluation as a method of effectuating my request for credit.

If an account is created, I authorize you to obtain credit reports for the purpose of reviewing or taking collection action on the account, or for other legitimate purposes associated with the account.

**Monitoring, Recording, and Collection Communications**

I agree that you, your affiliates, agents and service providers may monitor and record telephone calls regarding my account to assure the quality of your service or for other reasons. I also expressly consent and agree to you, your affiliates, agents and service providers using written, electronic or verbal means to contact me as the law allows. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails and/or automatic telephone dialing systems. I agree you, your affiliates, agents and service providers may do so using any e-mail address or any telephone number I provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether I incur charges as a result.

I certify that I have read and agree to the terms of this application and that the information in it is complete and true.

**If you sign this credit application electronically, you intend that process to be your electronic signature on an electronic application, acknowledge receipt of all disclosures provided on the credit application, and give your authorization and consent to the recipient(s) of this application to take the actions identified in the credit application.**

**Credit Application Signature**

Applicant: By _[signature]_   Date _7/15/25_

## Optional Consent

Applicant:

By signing below, you agree to receive advertisements or telemarketing messages using an automatic telephone dialing system or an artificial or prerecorded voice, on behalf of the dealer, finance source that purchases your retail installment sales contract or lease agreement, or both, at the following telephone number(s): 909-641-9040, 909-641-9040. You further acknowledge that your consent is not required as a condition of applying for or receiving an extension of credit.

Applicant: By _____ Date _____

## PROOF OF SERVICE
File No. GAL-25359

STATE OF CALIFORNIA

COUNTY OF ORANGE

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 12241 Newport Avenue, Santa Ana, California 92705-3288.

On March 6, 2026, I served the foregoing document described as:

**DECLARATION OF CHAD G. CHAPMAN IN SUPPORT OF DEFENDANTS CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I served said document on the Plaintiff Lindon Andre Voglezon II, by sending a true and correct copy via electronic correspondence to the email address Plaintiff identified as their email address to receive service of documents in this action.

__X__   (By Electronic Transmittal)  I electronically served a copy of this document as required by local and federal laws to the email address Plaintiff Lindon Andre Voglezon II identified as their email address to receive service of documents in this action: *biiigdre89@gmail.com*.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 6, 2025, at Santa Ana, California.

　　　　　　　　　　　　　　　　　　/s/ Chad Chapman
　　　　　　　　　　　　　　　　　　   Chad Chapman

4

DECLARATION OF CHAD G. CHAPMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT
CASE NO. 8:25-cv-02407-FWS-ADS