Elizabeth L. Kolar, Esq. (SBN 168935)
Chad G. Chapman, Esq. (SBN 325365)
**KOLAR & ASSOCIATES,**
**A LAW CORPORATION**
12241 Newport Avenue
Santa Ana, California 92705
Tel   :   (714) 544-0041
Email :   chad@kolarandassociates.com

Attorneys for Defendant,
**CIG FINANCIAL, LLC, DBA AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA VALENCIA BMW**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE

| | |
|---|---|
| LINDON ANDRE VOGLEZON II,<br><br>    Plaintiff,<br><br>vs.<br><br>CIG Financial, LLC, dba AUTONATION FINANCE; VALENCIA B IMPORTS, INC., dba VALENCIA BMW, also known as "AUTONATION BMW VALENCIA"<br><br>    Defendants | Case No.: 8:25-cv-02407-FWS-ADS<br><br>Hon. Fred W. Slaughter<br>United States District Court Judge<br>Courtroom: 10D<br><br>**[PROPOSED] ORDER RE DEFENDANTS CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  October 24, 2025<br><br>Date:           April 9. 2026<br>Time:           10:00 AM<br>Courtroom:      10D |

1  On April 9, 2026, at 10:00 AM Defendants CIG FINANCIAL, LLC, DBA
2  AUTONATION FINANCE and VALENCIA B IMPORTS, INC. DBA
3  VALENCIA BMW's Motion to Dismiss the First Amended Complaint came on for
4  hearing before this Court. Appearances were stated on the record. The Court, having
5  considered the moving and opposing papers, and the arguments presented by all
6  parties, rules as follows:
7  Defendants CIG FINANCIAL, LLC, DBA AUTONATION FINANCE and
8  VALENCIA B IMPORTS, INC. DBA VALENCIA BMW's Motion to Dismiss the
9  First Amended Complaint **IS GRANTED** in its entirety. Plaintiff LINDON ANDRE
10 VOGLEZON II's First Amended Complaint is dismissed with prejudice and without
11 leave to amend.
12 **IT IS SO ORDERED**.

DATED: _____    _____

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
File No. GAL-25359

STATE OF CALIFORNIA

COUNTY OF ORANGE

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 12241 Newport Avenue, Santa Ana, California 92705-3288.

On March 6, 2026, I served the foregoing document described as:

**[PROPOSED] ORDER RE DEFENDANTS CIG FINANCIAL, LLC, DBA AUTONATION FINANCE AND VALENCIA B IMPORTS, INC. DBA VALENCIA BMW'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I served said document on the Plaintiff Lindon Andre Voglezon II, by sending a true and correct copy via electronic correspondence to the email address Plaintiff identified as their email address to receive service of documents in this action.

__X__  (By Electronic Transmittal)  I electronically served a copy of this document as required by local and federal laws to the email address Plaintiff Lindon Andre Voglezon II identified as their email address to receive service of documents in this action: *biiigdre89@gmail.com*.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 6, 2025, at Santa Ana, California.

*/s/ Chad Chapman*
Chad Chapman