FILED

Lindon Andre Voglezon II

b░░░░@gmail.com

░░░░░░░░░░░

Simi Valley, California, ░░

░░░-9040

Plaintiff in Pro Per

2026 APR 17 PM 3:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| Lindon Andre Voglezon II,<br><br>Plaintiff,<br><br>vs.<br><br>CIG Financial, LLC, dba<br><br>AUTONATION FINANCE<br><br>VALENCIA B IMPORTS, INC., dba<br><br>VALENCIA BMW, also known as<br><br>"AUTONATION BMW VALENCIA"<br><br>Defendants. | Case No.: 8:25-cv-02407-FWS-ADS<br><br>Hon. Fred W. Slaughter<br>United States District Court Judge<br>Courtroom: 10D<br><br>**PROOF OF SERVICE FOR RULE 59(E) MOTION PACKAGE**<br><br>Complaint Filed:        October 24th, 2025 |

Plaintiff Lindon Andre Voglezon II Proof Of Service For Rule 59(e) Motion Package

CASE NO. 8:25-cv-02407-FWS-ADS

## PROOF OF SERVICE FOR RULE 59(E) MOTION PACKAGE

I, Lindon Andre Voglezon II, am a party to this action and over the age of 18. On April 17, 2026, I served the foregoing Plaintiff's Motion to Alter or Amend the Court's April 7, 2026 Dismissal Order Under Rule 59(e) and for Leave to File Proposed Second Amended Complaint, together with all exhibits and the proposed order, by emailing true and correct copies to defense counsel at: **Chad Chapman (chad@kolarandassociates.com)** and **Lisa Keeler (lkeeler@kolarandassociates.com)**. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2026, at Los Angeles, CA.

Dated: ___**April 17th**___, 2026

/s/ _Lindon Vogl II_

Respectfully submitted,

Lindon Andre Voglezon II, Plaintiff, Pro Se

Plaintiff Lindon Andre Voglezon II Proof Of Service For Rule 59(e) Motion Package

CASE NO. 8:25-cv-02407-FWS-ADS