FILED

Lindon Andre Voglezon II

b XXXXX@gmail.com

XXXXXXXXXXX

Simi Valley, California, XXX

XXX-9040

Plaintiff in Pro Per

2026 APR 17 PM 3:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____ CSA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| Lindon Andre Voglezon II,<br><br>Plaintiff,<br><br>vs.<br><br>CIG Financial, LLC, dba<br>AUTONATION FINANCE<br><br>VALENCIA B IMPORTS, INC., dba<br>VALENCIA BMW, also known as<br>"AUTONATION BMW VALENCIA"<br>Defendants. | Case No.: 8:25-cv-02407-FWS-ADS<br><br>Hon. Fred W. Slaughter<br>United States District Court Judge<br>Courtroom: 10D<br><br>**NOTICE OF APPEAL**<br><br><br>Complaint Filed:      October 24th, 2025 |

Notice is hereby given that Plaintiff Lindon Andre Voglezon II appeals to the United States Court of Appeals for the Ninth Circuit from the Court's April 7, 2026 Order granting Defendants' Rule 12(b)(6) motion to dismiss the First Amended Complaint without leave to amend (Dkt. 42), and from any related judgment or dismissal entered in this action.

Dated: ___April 17th___, 2026

Lindon Andre Voglezon II, Plaintiff, Pro Se