FILED

2026 APR 17  PM 3:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____ RSA

Lindon Andre Voglezon II

b████@gmail.com

████████████

Simi Valley, California, ████

████-9040

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Lindon Andre Voglezon II, <br><br> Plaintiff, <br><br> vs. <br><br> CIG Financial, LLC, dba <br><br> AUTONATION FINANCE <br><br> VALENCIA B IMPORTS, INC., dba <br> VALENCIA BMW, also known as <br> "AUTONATION BMW VALENCIA" <br><br> Defendants. | Case No.: 8:25-cv-02407-FWS-ADS <br><br> Hon. Fred W. Slaughter <br> United States District Court Judge <br> Courtroom: 10D <br><br> **PROOF OF SERVICE FOR NOTICE OF APPEAL** <br><br><br> Complaint Filed:          October 24th, 2025 |

1

Plaintiff Lindon Andre Voglezon II Proof Of Notice Of Appeal

CASE NO. 8:25-cv-02407-FWS-ADS

**PROOF OF SERVICE (NOTICE OF APPEAL — EMAIL SERVICE)**

I, Lindon Andre Voglezon II, am a party to this action and over the age of 18. On **April 17, 2026**, I served the foregoing **Notice of Appeal** by emailing a true and correct copy to counsel for Defendants at the following email addresses:

- **Chad Chapman** – chad@kolarandassociates.com
- **Lisa Keeler** – lkeeler@kolarandassociates.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **April 17, 2026**, at **Los Angeles, California**.

Date: April 17, 2026

/s/ **Lindon Andre Voglezon II**
**Lindon Andre Voglezon II**

Plaintiff Lindon Andre Voglezon II Proof Of Notice Of Appeal

CASE NO. 8:25-cv-02407-FWS-ADS